IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,  Plaintiff,  v.  REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY AND FATHER AUGUSTINE TRAN  Defendants. | Civil Action No. 1:23-cv-06000-SEG |

**DEFENDANT REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY'S NOTICE OF NO OPPOSITION TO AND JOINDER IN DEFENDANT FATHER AUGUSTINE TRAN'S MOTION TO STAY PRELIMINARY DEADLINES – AUGMENTED WITH REQUEST THAT STAY APPLY TO ALL PENDING DISPOSITIVE MOTIONS**

Defendant Regina Caeli, Inc. a/k/a Regina Caeli Academy ("RCA") hereby files its Notice of No Opposition to and Joinder in Defendant Father Augustine Tran's ("Fr. Tran") Motion to Stay Preliminary Deadlines [Doc. 71] Pending the Court's Ruling on Fr. Tran's Motion to Dismiss [Doc. 70] ("Motion").

RCA respectfully submits the Motion should be granted and preliminary deadlines should be stayed pending ruling on <u>all dispositive motions</u>, including:

- Fr. Tran's Motion;

- RCA's Motion to Dismiss Amended Complaint [Doc. 27];

- Defendant Roman Catholic Archdiocese of Atlanta, Inc.'s ("Archdiocese") Motions to Dismiss, [Doc. 32] and [Doc. 33];

- RCA and Fr. Tran's Motion to Strike Plaintiff's Procedurally Improper "Second Amended Complaint" and Restatement of Prior Filed Respective Motions to Dismiss [Doc. 43]; and

- The Archdiocese's Motion to Strike Plaintiff's Procedurally Improper "Second Amended Complaint" and Restatement of Prior Filed Respective Motions to Dismiss [Doc. 49].

Respectfully submitted this 18th day of January 2024.

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
Tyler Bishop
Georgia Bar No. 566705
3414 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
spress@bakerdonelson.com
tbishop@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## **CERTIFICATE OF SERVICE**

This will certify service of a copy of the foregoing was filed and served via the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia, which will automatically send email notification to all counsel of record.

Respectfully submitted this 18th day of January 2024.

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc.,
a/k/a Regina Caeli Academy*