## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| RICHARD IRVING BECKMAN AND, | ) | |
| KARI ANN BECKMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| | ) | 1:23-CV-06000-SEG |
| v. | ) | |
| | ) | |
| REGINA CAELI, INC. a/k/a | ) | |
| REGINA CAELI ACADEMY AND | ) | |
| FATHER AUGUSTINE TRAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ROMAN CATHOLIC ARCHDIOCESE OF ATLANTA, INC'S RESPONSE IN SUPPORT OF DEFENDANT FATHER AUGUSTINE TRAN'S MOTION TO STAY PRELIMINARY DEADLINES**

COMES NOW Roman Catholic Archdiocese of Atlanta, Inc. ("Defendant" or the "Archdiocese"), Defendant in the above-referenced action, by and through its undersigned counsel, and files this Response in Support of Defendant Father Augustine Tran's ("Fr. Tran") Motion to Stay Preliminary Deadlines.

The Archdiocese respectfully submits that Fr. Tran's Motion to Stay should be granted and the deadlines prescribed by Rules 16.1, 16.2 and 26.1 should be stayed until the Court's ruling on the pending motions.

Respectfully submitted this19th day of January, 2024.

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Sasha N. Greenberg*
Stephen M. Forte
Ga. Bar No. 270035
sforte@sgrlaw.com
Matthew William Clarke
Ga Bar No. 127430
mclarke@sgrlaw.com
Sasha N. Greenberg
Ga. Bar No. 497615
sgreenberg@sgrlaw.com
1105 W. Peachtree Street NE
 Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 685-7067 (Facsimile)

***Attorneys for the Archdiocese of Atlanta, Inc.***

## <u>LOCAL RULE 5.1 CERTIFICATION</u>

I hereby certify that the foregoing **DEFENDANT ROMAN CATHOLIC ARCHDIOCESE OF ATLANTA, INC'S RESPONSE IN SUPPORT OF DEFENDANT FATHER AUGUSTINE TRAN'S MOTION TO STAY PRELIMINARY DEADLINES** has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1

Respectfully submitted this 19th day of January, 2024.

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Sasha N. Greenberg*
Stephen M. Forte
Ga. Bar No. 270035
sforte@sgrlaw.com
Matthew William Clarke
Ga Bar No. 127430
mclarke@sgrlaw.com
Sasha N. Greenberg
Ga. Bar No. 497615
sgreenberg@sgrlaw.com
1105 W. Peachtree Street NE
 Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 685-7067 (Facsimile)

***Attorneys for the Archdiocese of Atlanta, Inc.***

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing **DEFENDANT ROMAN CATHOLIC ARCHDIOCESE OF ATLANTA, INC'S RESPONSE IN SUPPORT OF DEFENDANT FATHER AUGUSTINE TRAN'S MOTION TO STAY PRELIMINARY DEADLINES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/Sasha Nina Greenberg*
Sasha N. Greenberg
Ga. Bar No. 497615
sgreenberg@sgrlaw.com

***Attorney for the Archdiocese of Atlanta, Inc.***