## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,** | § § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION |
| v. | § § | NO. 1:23-CV-06000-SEG |
| **REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY AND FATHER AUGUSTINE TRAN,** | § § § § § | |
| Defendants. | § | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

COMES NOW Cameron J. Poole of the law firm of Drew, Eckl & Farnham LLP and files this Notice of Substitution of counsel. Cameron J. Poole will be substituting as counsel for Defendant Father Augustine Tran and Taylor P. Alig requests to be removed as counsel for Defendant Father Augustine Tran. Barbara A. Marschalk shall remain lead counsel for Defendant Father Augustine Tran. The Clerk is requested to note the record to reflect this substitution and withdrawal.

Substitute Counsels' name, bar number and address are as follows:

Barbara A. Marschalk, Esq.
Cameron J. Poole, Esq.
303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Email:  marschalkb@deflaw.com
Email:  poolec@deflaw.com

All future pleadings, correspondence and other documents should be sent to Ms. Marschalk and Mr. Poole.

Respectfully submitted this 30th day of January, 2024.

**DREW ECKL & FARNHAM, LLP**

*s/ Cameron J. Poole*
Barbara A. Marschalk
***Georgia Bar No. 324498***
Cameron J. Poole
***Georgia Bar No. 713569***

DREW ECKL & FARNHAM, LLP
303 Peachtree Street NW, Suite 3500
Atlanta, Georgia 30357
Telephone: 404-885-1400
Email:  marschalkb@deflaw.com
Email:  poolec@deflaw.com
***Attorneys for Defendant Father Augustine Tran***
14124263v1
00120-275141

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant Postmates Inc. hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

Respectfully submitted this 30th day of January, 2024.

**DREW ECKL & FARNHAM, LLP**

*s/ Cameron J. Poole*
Barbara A. Marschalk
***Georgia Bar No. 324498***
Cameron J. Poole
***Georgia Bar No. 713569***

DREW ECKL & FARNHAM, LLP
303 Peachtree Street NW, Suite 3500
Atlanta, Georgia 30357
Telephone: 404-885-1400
Email:  marschalkb@deflaw.com
Email:  poolec@deflaw.com
***Attorneys for Defendant Father Augustine Tran***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,<br><br>Plaintiffs,<br><br>v.<br><br>REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY AND FATHER AUGUSTINE TRAN,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 1:23-CV-06000-SEG |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the foregoing *NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

*Counsel for Plaintiffs*
**Juan F. Vasquez, Jr.**
Email: juan.vasquez@chamberlainlaw.com
**David M. Medina**
Email: david.medina@chamberlainlaw.com
**Stuart H. Clements**
Email: stuart.clements@chamberlainlaw.com
**Scott McCarty**
Email: scott.mccarty@chamberlainlaw.com
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, 14th Floor

Houston, Texas 77002

*Counsel for Regina Caeli, Inc. a/k/a Regina Caeli Academy*
**Steven R. Press**
Email:  spress@bakerdonelson.com
**Tyler P. Bishop**
Email:  tbishop@bakerdonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road, N.W., Suite 1500
Atlanta, Georgia 30326

*Counsel for Archdiocese of Atlanta*
**Keith Sieczkowski**
Email:  ksieczkowski@branscomblaw.com
**BRANSCOMB PLLC**
802 North Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700

**Matthew W. Clarke**
Email:  mclarke@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLC**
**Sasha N. Greenberg**
Email:  sgreenberg@sgrlaw.com
**Stephen M. Forte**
Email:  sforte@sgrlaw.com
1105 West Peachtree Street, N.E., Suite 100
Atlanta, Georgia 30309

This 30th day of January, 2024.

*s/ Cameron J. Poole*
Barbara A. Marschalk
***Georgia Bar No. 324498***
Cameron J. Poole
***Georgia Bar No. 713569***

DREW ECKL & FARNHAM, LLP
303 Peachtree Street NW, Suite 3500
Atlanta, Georgia 30357
Telephone: 404-885-1400
Email:  marschalkb@deflaw.com
Email:  poolec@deflaw.com
***Attorneys for Defendant Father Augustine Tran***

14124263v1
00120-275141

- 3 -