# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RICHARD IRVING BECKMAN AND** | § | |
| **KARI ANN BECKMAN,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.:** |
| | § | **1:23-cv-06000-SEG** |
| **REGINA CAELI, INC. a/k/a** | § | |
| **REGINA CAELI ACADEMY AND** | § | |
| **FATHER AUGUSTINE TRAN,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**DECLARATION OF MICHAEL T. WOLVEN**</u>

I, Michael T. Wolven, declare under oath that:

1.      I am an adult citizen over 18 years of age and otherwise competent to make this declaration.

2.      I give this declaration based on my personal knowledge.

**I.      <u>The Wolven Family Co-Founded RCA.</u>**

3.      My wife, Michelle, and I co-founded Regina Caeli, Inc. a/k/a Regina Caeli Academy ("RCA") in 2003 along with Rich and Kari Beckman. This fact is confirmed in the RCA Proposal for Archdiocese of Atlanta, which states: "RCA was founded by two families – Rich & Kari Beckman and Mike & Michelle Wolven." A true and correct copy of the Proposal for Archdiocese is attached hereto as <u>**Exhibit A**</u>.

4.      I first met Kari at Victory Academy, a private school in Mableton, Georgia. Kari was on staff at the time. Kari overheard a conversation I was having with another staff member, Annette Hue, about large families and the inability to afford private or hybrid catholic education

with large families. My vision was to make homeschooling helpful and a tool for large catholic families.

5.    After this conversation, Kari and I met to discuss my vision to make homeschooling helpful and a tool for large catholic families. A third catholic family of Barry and Kelly Frisbee attended this first meeting.

6.    At a subsequent meeting, we (Beckmans, Wolvens, and Frisbees) adopted positions. We agreed that I would oversee financials and everything associated with the startup of the company due to my background as an actuary and the fact I had small business management courses such that I knew how to write a small business plan and articles of incorporation. I had done this in college.

II.    **I Drafted RCA's Founding Documents – Not the Beckmans.**

7.    At that subsequent meeting, it was determined that I would be Vice President and Treasurer, and as such, I would write the Articles of Incorporation, Bylaws, and small business plan, which I did. I filed the Articles of Incorporation with the Georgia Secretary of State. A true and correct copy of RCA's Articles of Incorporation are attached hereto as **Exhibit B**.

8.    Kari's name does not appear anywhere in the Articles of Incorporation. *See generally* Ex. B.

9.    As reflected in the Articles of Incorporation, I was the only incorporator of RCA. *See* Ex. B., art. IV. I am also listed as the Vice President, Treasure, Registered Agent, and Executor. *Id*. at arts. V & VIII, p.1.

10.    I also served as the contact for the IRS. My letter requesting all correspondence relating to RCA's Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code be sent to my home address is attached hereto as **Exhibit C**.

11.    Rich was the first RCA President, and Barry Frisbee served as Secretary. Ex. B., art. VIII.

12.    I also wrote RCA's Notice of Incorporation which ran in the Gwinnett Daily Post once a week for two consecutive weeks. A true a correct copy of the Notice of Incorporation is attached hereto as **Exhibit D**.

### III.    **Kari Did Not Create RCA's Logo or Mission Statement.**

13.    I have reviewed the Second Amended Complaint filed in this action and Kari did not create any of the intellectual property she claims in this lawsuit.

14.    Kari did not write the RCA mission statement. I did.

15.    I wrote the first draft of the mission statement, and while the final draft may have had some changes, it was always my creation. I never intended to share joint authorship of the mission statement with Rich or anyone else.

16.    Kari also did not create the RCA logo. That logo, which employs a type of Marian crest, was created and drawn by Kelly Frisbee.

17.    Kelly was a talented artist and drew the logo by hand at first.

18.    The Marian crest logo was not contained in RCA's original promotional materials.

19.    Instead, RCA's original promotion materials contained the following painting of Mary which I found on Google:



20.     This painting served as RCA's initial logo. It was used on RCA's Proposal to the Archdiocese. *See* Ex. A. This proposal sought a Canonical Letter of Approval from the Archbishop formally recognizing the school as catholic. *See id*. Therefore, I do not understand why the Beckmans' lawsuit contends RCA has no formal or informal affiliation with the catholic church.

21.     This painting was also contained on the accompanying transmittal letter for the Proposal to the Archdiocese attached hereto as **Exhibit E**, RCA's family brochure attached hereto as **Exhibit F**, and RCA's family packet attached hereto as **Exhibit G**.

**IV.    My Family Contributed Our Own Money to Found RCA; RCA was Not Founded with Solely Beckman Money.**

22.     RCA was not started using exclusively the Beckman family's own funds.

23.     My family bought tools and supplies and contributed a significant amount of physical labor (approximately 50-60 hours) into setting up the building and getting it ready for students.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August  21, 2024.

_____
Michael T. Wolven

# EXHIBIT A



**REGINA CAELI ACADEMY**

**- *A Metro Atlanta Home School Assistance Program***

Ad majorem Dei gloriam

**Proposal For The
Archdiocese of Atlanta**

**Regina Caeli Academy
P.O. Box 725172
Atlanta, Georgia 31139
www.reginacaeliacademy.com
(770) 840-9406**



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 1

## Table of Contents

I.    Overview

II.   Home Schooling & Hybrid Schools

III.  RCA Operations

IV.   SWOT Analysis

V.    Conclusion



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 2

## I.   <u>Overview</u>

Regina Caeli Academy (RCA) was formed in response to a growing need among home schooling families for alternatives that provide assistance and support in educating our children. Many Catholic home schoolers want to honor the call to be the primary educators of their children but face considerable challenges in doing so – especially balancing individual learning needs amongst a large family and effectively teaching increasingly complex material in the upper grades.

Regina Caeli Academy strives to address these challenges and become the premier provider of hybrid education for Catholic home-schooled children of ~~all~~ grades ~~k~~K-12 in the Atlanta area.  A hybrid education is a school that provides the best of traditional schooling and home schooling.  Children attend school two days each week while allowing the family to remain the primary educator and home school their children the balance of the week.

Additionally, the families behind launching RCA feel called to provide very low cost alternatives to Catholic families already faced with the financial challenges of being open to life and have therefore established RCA as a non-profit 501(c)(3) business. Relying on the charity of parents and teachers to donate their time in support of this ministry, RCA is able to meet this goal by only charging a $125 per month family fee, regardless of how many children attend and the number of classes they take.

Active development efforts to make RCA a reality began in April of this year and the phenomenal response to date is clearly evidence of God's guiding hand in our efforts. We currently have some 32 families from parishes all over the archdiocese (Cartersville to Winder to Newnan) and 80+ students registered to begin classes this fall.   Due to this phenomenal response, we potentially find ourselves in the unenviable position of having to turn families away in the near future.

The goal of this proposal is to provide the Archdiocese of Atlanta with sufficient information to understand the purpose, intent and operations of RCA. Because we are operating as a Catholic 'offering' in this Archdiocese, we want the Archbishop and related departments to be satisfied that we are operating in a~~n~~ ~~suitable~~ acceptable manner. We would ultimately, of course, like to receive a Canonical Letter of Approval from the Archbishop and continue to explore ways to work in conjunction with the Archdiocese to meet the needs of home schooling parishioners throughout the archdiocese.



**Regina Caeli Academy
Proposal For Archdiocese of Atlanta**

## II. <u>Why Homeschooling and Hybrid Schools?</u>

Canon Law of the Catholic Church compels parents to educate their children in the faith.

Canon Law 793.1 states, "Parents and those who hold their place are bound by the obligation and enjoy the right of educating their children.  Catholic parents also have the duty and right of selecting those means and institutes by which, in light of local circumstances, they can better provide for the Catholic education of their children."  The Bible also offers directives for parents by commanding them to raise up their children for the glory of God by bringing them up in the nurture and discipline of the Lord. Deuteronomy 6:5-7 states, "Therefore you shall love the Lord your God with all your heart, and with all your soul, and with all your strength.  Take to heart these words, which I enjoin on you today.  Drill them into your children.  Speak of them at home and abroad, whether you are busy or at rest."

We, as Catholic parents, are commanded to raise our children up for the Glory of God.  We must do so in a disciplined, loving and nurturing environment.  Therefore, we have chosen our homes to provide the environment where our children's religious and academic foundation will be poured.   At home, parents are ensured that the moral fiber of the family will be protected and preserved.  At RCA, with the participation of at least one parent from each family, we strive to further preserve this moral fiber as our Faith and morality are at the center of our days.  The encyclical *Milatantis Ecclesiae* states, "Let nobody easily persuade himself that piety can be separated from instruction with impunity.  Religion must not be taught to youth only during certain hours, but the entire system of education must be permeated with the sense of Christian piety."

The need for home school assistance programs is validated and magnified by information that attributes long-term value to children in these hybrid educational programs.  As will be discussed, studies document the direct value of a home-schooled environment.

Some 1.2 million to 1.7 million children are thought to be participating in home schooling in America. Advocates say it's growing at a rate of 15 percent a year.  "We take it very seriously and see it as a reasonable option," says Lee Stetson, dean of admissions at the University of Pennsylvania.[1]  "All the evidence we have show(s) that these students perform just as well if not maybe just a little bit better because they've been focused," he says.[2]

Home-schooled children have recently shown themselves to be at the top of their class in many areas. In 2000, the first, second and third places in the National Spelling Bee were all home-schooled children and, although home-schooled children only comprise approximately two percent of the nation's school-age population, approximately 11 percent of the Spelling Bee's participants were home-schooled.[3] The winner of the National Spelling Bee also came in second in the National Geography Bee.

A report from the National Center for Home Education showed that the SAT scores of home-schooled children were on average 67 points above the national average.[4]  A recent report from the National Center for Home Education shows that those identifying themselves as "home schooled" on their ACT testing applications scored an average of 22.7, compared to the national average of 21.[5] In August of 2000, the ACT Board announced that home schooled students scored higher than public and private school students on the ACT, one of the two premier college entrance examinations used in the U.S.[6]



**Regina Caeli Academy
Proposal For Archdiocese of Atlanta**

Page 4

*The Kiplinger Letter*, published weekly since 1923 providing solid, thorough research and forecasts had this to say about home-schooled children in its August 25, 2000 publication:

> <u>Homeschooled youths will be a rising share of our workforce</u>.  *By 2002, the number of home-taught pupils will rise 30%, to around 2 million.  Slew of Internet resources is prompting more parents to choose this option.  <u>Good news for employers</u>: Those taught at home often score higher on standardized tests and get just as involved in civic, community activities.  More colleges are recruiting them because of their good track records.  Usually taught to be independent thinkers, hard-working and self-motivated.*[7]

In 1999 the National Education Association stated that, "home schooling cannot provide the student with a comprehensive education experience".  Mr. Patrick Basham, a senior fellow at the Cato Institute, decided to test their theory.  He authorized a study performed by the Fraser Institute, an independent public policy organization based in Vancouver, Canada.  The study focused on home-schooled students in North America and was released in early October of 2001.[8]  According to the study's findings:

> *…The typical home-schooled child is more mature, friendly, happy, thoughtful, competent, and better socialized than students in public or private schools.  The study also showed that the home-schooled children were less peer dependent and exhibit "significantly higher" self-esteem.  Additionally, the study found that home-schooled children regularly outperform other students academically.  Overall test scores for home schoolers were between the 75th and 85th percentiles, while public school students scored in the 50th percentile and private school students' scores ranged from the 65th to 75th percentile.  "Almost one quarter of home-schooled students perform one or more grades above their age level peers in public and private schools," said Mr. Basham.  The study cited findings that by Grade 8, the average home-schooled student performs four grade levels above the national average.*

With the results out on home-schooled children, why aren't parents turning out in droves to educate their own children?  Many families choose not to homeschool their children because they fear being the sole educator. These parents fear that that they may not be able to meet the educational needs of their children and they may thereby prevent them from becoming productive members of society.  Other reasons parents may avoid home schooling is the time constraints involved, the curriculum costs and some parental weaknesses in specific areas of instruction. In large families, educating several children in multiple grade levels can be a daunting task.

Programs like that offered at Regina Caeli Academy are not new.  Grace Preparatory Academy in Arlington, Texas was founded in 1993 with 186 students.  It now boasts 600 students with 700 more families waiting for an open class in their two-story brick building.  Like Regina Caeli Academy class sizes are considered full at 14 to 16 students.  Kings Academy in Woodstock, Georgia was founded in 1999 and already boasts 228 children and 130 families.  It is forecasted to expand to 270 children and 150 families by its fourth year.

Hybrid programs like Regina Caeli Academy; (1) assist the parent in meeting deadlines, (2) provide accountability, (3) offer the child a classroom experience, (4) are affordable, (5) allow the child to be at home with mom or dad three days out of the week and (6) assist the parent in meeting attendance and testing needs.  Regina Caeli Academy is rare, however, in that it is specifically designed to assist Catholic families at an affordable cost.  At the completion of High School, these programs provide the child with a High School Diploma and a transcript similar to that given at private and public schools, which they can then use to enroll in Colleges and Universities.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 5

## III. <u>RCA Operations</u>

### *Board of Directors*

RCA was founded by two families – Rich & Kari Beckman and Mike & Michelle Wolven. The Wolven's have 7 children and have home schooled for 4 years. Mike and Michelle are very active leading Atlanta's Pro-Life efforts, and are parishioners at Saint Catherine of Sienna Parish. As an Actuary with Buck Consultants, Mike brings financial and accounting expertise to RCA as well.

The Beckman's have 5 young children whom they have home schooled the past 4 years. Kari taught the past two years at another hybrid school where she recently took her Professional Development class to a national Quiz Bowl Championships and finished 3rd in the nation. Her and Rich are also active in the Pro-Life effort, including Kari's work with the Babies For Life Foundation. They are parishioners at St. Patrick's in Norcross. As Program Director for Delta Air Lines, Rich also brings many years of business acumen and organizational skills to RCA.

### *Facility*

In discussing the idea of an RCA with Fr. Tom Hennessey, we discovered that he had an unused annex building at St. Patrick's that was built by the Scouts but abandoned when they left the parish. Thanks to Fr. Hennessey's generosity, we have invested in preparing the building to suit RCA's needs for the first year. The following floor plan gives you an idea of the layout:

### Regina Caeli Academy Floorplan

| Classroom 7 Nursery & Pre-School | Classroom 6 12-16 Capacity | Classroom 5 12-16 Capacity | Exit To Playground | Class 8B | Class 8A | Office |
| | | | | | | |

**Multi-Purpose Room/ Classroom 8**

Bookshelves

Main Entrance

| Kitchen | Boys Bathroom | Girls Bathroom | Classroom 4 Pre-K & K | Side Entry | Classroom 3 1st & 2nd | Classroom 2 | Classroom 1 |



**Regina Caeli Academy
Proposal For Archdiocese of Atlanta**

Page 6

### *Curriculum*

Mother of Divine Grace School (MODG), is a division of Laurel Springs School - an independent study program which helps parents implement a Catholic classical education in their home. It is designed in the light of the classical principle that the goal of education is to teach children how to think; to help them learn the art of learning. If children learn how to learn, they will be equipped for life, able to master any subject when it becomes necessary or desirable. Further, the curriculum is faithful to the doctrine and teaching of the Catholic Church, which enlightens and informs all the areas of the curriculum.

Mother of Divine Grace is an accredited private school. This means that Mother of Divine Grace has been inspected by an independent accreditation agency that is recognized by the United States Department of Education. They have determined that Mother of Divine Grace's course of studies, educational goals, academic records, and accounting and business practices meet the accepted standards for a private school. As such, MODG is

- Accredited by the Western Association of Schools and Colleges (WASC)

- Accredited by the National Independent Study Accreditation Council (NISAC)

- A Member of the Western Association of Colleges and Counselors

- A Member of the Better Business Bureau Licensed by the State of California

Following the Mother of Divine Grace Curriculum (motherofdivinegrace.org), course offerings will include core academics such as Math, English, Science, Religion and History and elective offerings that will vary by demand. A copy of our working class schedule follows on the next page.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 7

| Monday | | Thursday | |
|---|---|---|---|
| **Mass** | 9:15 - 9:55 | **Mass** | 9:15 - 9:55 |
| **PreK-6 Core Academics** | | **PreK-6 Core Academics** | |
| Math | 10 - 10:40 | Math | 10 - 10:40 |
| Reading | 10:40 - 11:20 | Reading | 10:40 - 11:20 |
| English | 11:20 - 12:00 | English | 11:20 - 12:00 |
| Religion | 12:00 - 12:15 | Religion | 12:00 - 12:15 |
| Lunch | 12:15 - 12:45 | Lunch | 12:15 - 12:45 |
| **3-6 Optional Academics** | | **3-6 Optional Academics** | |
| History | 12:45-1:15 | Science | 12:45-1:15 |
| **PreK-6 Electives** | **(Rotating Schedule Among The Grades)** | | |
| Art/Music | 1:15-2:00 | Art/Music | 1:15-2:00 |
| P.E. | 2:00-2:45 | P.E. | 2:00-2:45 |
| Spanish | 2:45-3:30 | Spanish | 2:45-3:30 |
| **7-12 Core Academics** | | **7-12 Core Academics** | |
| Algebra I | 10 - 11:00 | Algebra I | 10 - 11:00 |
| English/History (7-8) | 10:00-11:30 | English/History (7-8) | 10:00-11:30 |
| English/History (9) | 10:00-11:30 | English/History (9) | 10:00-11:30 |
| Math 8/7 & Algebra 1/2 | 11:30-12:30 | Math 8/7 & Algebra 1/2 | 11:30-12:30 |
| English/History (10-12) | 11:30 - 1:00 | English/History (10-12) | 11:30 - 1:00 |
| Science Study Hall (10-12) | 12:00-2:00 | Science Study Hall (10-12) | 12:00-2:00 |
| Geometry | 1:00-2:00 | Geometry | 1:00-2:00 |
| Algebra II | 1:00-2:00 | Algebra II | 1:00-2:00 |
| Life Science (7) | 1 - 2:00 | Life Science (7) | 1 - 2:00 |
| Physical Science (8) | 1 - 2:00 | Physical Science (8) | 1 - 2:00 |
| Earth Science (9) | 1 - 2:00 | Earth Science (9) | 1 - 2:00 |
| **7-12 Electives** | | **7-12 Electives** | |
| Spanish I | 2:00-3:00 | Spanish II | 2 - 3:00 |
| Professional Development | 2:00-3:30 | Public Speaking | 2 - 3:00 |
| Art | 3 - 3:30 | Latin | 2 - 3:00 |
| | | Art | 3 - 3:30 |

Classes will be held Monday and Thursday from 9:15am – 3:30pm, and include offerings for grades Pre-K through 12

*Teachers*

The response to our request for teachers to donate their time has been phenomenal. We currently have certified teachers for the upper grades in Math, English, History and Science. Degreed parents have volunteered to teach the lower grades and electives such as Spanish, Latin, Public Speaking, Art and Professional Development.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 8

*Guiding Principles*

At Regina Caeli Academy, success depends on the common mission of parents and students. Together, we form a partnership focused around 6 core principles:

**Catholic Values**
RCA is dedicated to teaching and living the truths of our Catholic faith in a way that brings glory and honor to God. Through the curriculum and materials, the established guidelines and strict orthodoxy faithful to the Magisterium, we guide our parents and students towards Catholic excellence

**Parent Involvement**
RCA is an extension of the parents' role as *primary educator* and, therefore, parents are an integral part of the educational process throughout RCA.

**Excellence**
"Setting the bar high" is often lost in today's education efforts. Children must be taught and encouraged to strive for excellence.  RCA challenges students to "raise the bar" in each and every aspect of its programs

**Charity**
One of the three theological virtues – charity brings us closer to God. RCA encourages each member of the school to pursue Christian charity through hard work, dedication and commitment. Our survival depends on the fruit of generosity so we encourage our members to prayerfully consider generous donations of time, talent and treasure.

**Forgiveness**
As Our Lord forgives us for our sins, we seek to reflect this forgiveness – and the love required to do so – in the environment we create and nurture

**Fun**
RCA strives to make learning, character development and faith formation an engaging part of each day. We hope students look forward to the time they spend at RCA not only for their studies but also for the joy, laughter and social experiences they will share

**Liability**

The responsibility for schooling their children still ultimately rests with the parents and as such, they are required to meet all their county requirements for registering their intent to home school and submitting attendance records.

In response to the Archdiocese requirement that any non-parish operation using church facilities carry a $1,000,000 liability policy, we have secured such through R.E. Bullock & Co., Inc. Please let us know if you require a copy of the policy.

We are also running background checks on all adults volunteering their time at the school in any capacity, and plan to use the standard Archdiocese procedure via St. Patrick's office manager.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 9

**IV - SWOT Analysis**

The following outlines the most significant strengths and weaknesses internal to Regina Caeli Academy, and the opportunities and threats that exist in our environment. Our objective is to leverage our strengths to take advantage of the opportunities our market presents, develop those areas that are weaknesses, and devise contingency plans to address threats if those should become a reality.

Based on the strong response to date, Regina Caeli Academy enjoys a positive perception with the participating children and parents. RCA strives to offer student's both the educational assistance and social experience to help each student become a well-rounded and firmly grounded adult.  There is solid support of the concept and purpose of the organization.  We are aware of the problems inherent in a program that depends on the charity of others, but trust the Holy Spirit will call those we need to support this effort. We understand that much of the awareness of Regina Caeli Academy will come through word of mouth from within the Catholic Church. If needed, we would like to advertise in parish bulletins, local newspapers and the archdiocesan newspaper to make families aware of this viable education program.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

**Strengths**

Catholic curriculum
Regina Caeli Academy begins the school day with the celebration of the Mass. Catholic teaching is apparent in all classes offered from History to English to Math. Students will leave Regina Caeli Academy with a firm understanding of what the Magesterium of the Church teaches.

Facilities
Due to the generosity of Fr. Hennessey at Saint Patrick's Church, our facilities pose as a short-term strength for Regina Caeli Academy. With the use of an annex building at this parish, we are able to meet initial needs before needing to find a larger facility. In the meantime, our school has at its disposal resources including an outdoor play area, picnic tables, amphitheatre, a kitchen, and various classrooms. Priests are available to speak to the students on a regular basis.

Hybrid Schooling
Through Regina Caeli Academy, students will receive quality guidance and education on a subject-by-subject basis. At the same time, students will maintain the loving and nurturing environment that a home-school environment offers. Parents can pick and choose what subjects they want their children to be enrolled in. If a parent feels a child is better able to learn a foreign language or musical instrument in the fifth or sixth grade instead of the late middle or even high school grades, that subject will be open to them. Parents will be relieved to know that they are able to offer their children the best that home-schooling has to offer through Regina Caeli Academy. Additionally, parents appreciate having an educational program assist in ensuring their child's educational needs are met through an accredited curriculum.

Payroll
Many private or hybrid schools begin with the overly burdensome task of providing teacher salaries and benefits, complete with social security and tax issues. Regina Caeli Academy avoids this issue by taping into the generosity and charity inherent in running a Catholic ministry. In so doing, we address the challenge that families often face from honoring the Magesterium and being open to life. Acknowledging the failure of public education as a viable alternative, families already faced with a financial burden stemming from a large family in our society can scarcely afford the often-excessive costs of private Catholic education. Home schooling is the best option remaining, however as previously stated, low-cost help is needed. We are blessed to also have teachers who understand this problem and have chosen to teach at RCA as a ministry. Through the parents and ministry teachers, we are able to avoid all payroll problems – positioning RCA to not be dependent upon the number of students who attend since there is little to no labor overhead to cover.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

## Weaknesses

Following are the key weaknesses of the organization as well as means to overcome those weaknesses:

### Capital Requirements
While Regina Caeli Academy appreciates the assistance offered by Saint Patrick's and the usage of their facilities, we recognize that based on our initial response and projected growth we may quickly outgrow this facility.  Even with all positive cash flow routed directly back into the school and the advantages our non-profit status afford us for donations, we do not expect to raise sufficient capital our first year to fund a new, larger facility. We hope to find a solution through the generosity of donors (land or an un-used building), and would like to work with the Archdiocese as well to identify any such opportunities.

### Home School Stigma
Many parents still believe that public schools are better for their children due to increased social interaction.  It is our belief that this stigma will be removed in time as more studies are performed vindicating home-schooled children.

### Name/Hybrid Approach Recognition
While Regina Caeli Academy utilizes an accredited curriculum, many colleges do not yet recognize the abilities of children in a Hybrid educational system to flourish.  As a result, schools continue to place home-schooled children at the bottom of their list of eligible candidates for admission.  To overcome this weakness, Regina Caeli Academy will assign a Marketing team.  It will be the responsibility of this team to look for marketing opportunities from Catholic periodicals and newspapers and to reach out to target Catholic Universities to build relationships. Such an effort was recently made with Southern Catholic College and the response was quite favorable.

### Sports Availability
Currently Regina Caeli Academy does not have enough students to field a team to compete against other schools and cannot currently provide students with training in Baseball, Volleyball, Softball or any other sport.  Many scholarships are offered based on scholastic as well as athletic abilities.  Regina Caeli Academy is currently waiting for increased enrollment and hopes to hire a coach and begin offering athletic activities in the not too distant future.



**Regina Caeli Academy
Proposal For Archdiocese of Atlanta**

Page 12

## Opportunities

Regina Caeli Academy competes for resources in a community with a high number of not-for-profit organizations per capita. Numerous organizations target personal and corporate dollars to augment other revenue sources. Based on this challenge, Regina Caeli Academy must continue to demonstrate that it successfully offers a meaningful educational experience to its' students, with short and long-term benefits, in a manner that effectively meets community needs. The following summarizes potential opportunities:

Supply vs. Demand
As stated earlier, before its first day of operation, RCA is almost at the point where it must begin to turn families away.  This is with very little marketing expenditure and exposure.  It is our belief that if RCA were to aggressively market our product and expand our market zone, we could easily double or triple in size over one year.  We feel there are many parents currently homeschooling their children that have not yet heard about the RCA program and many others who currently have their children enrolled in the public school system  - both of which could find the RCA alternative a valid one.  With this in mind, the Archdiocese may at some point desire to offer hybrid schooling as a viable resource offered to Catholic families.

Catholic Education Interest
Catholic Schools offer students a top-notch education both in their faith as well as mainstream educational requirements.  Catholic churches are increasing in attendance in our area of the Southeast. Private Catholic schools typically take a long time to build and establish and require a significant amount of financial support.  We offer a Catholic education here and now and are fortunate to be able to assist families in our growing Catholic environment.

Community Education
Regina Caeli Academy must continue to tell its story to the community it serves. This message is one that reinforces the philosophy and the purpose for its existence. A well-informed community will bring revenues through donations as well as increased student participation.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 13

**Threats**

The major challenges Regina Caeli Academy currently face include the following:

<u>Private School</u>
Many parents do not see the incredible advantages the hybrid educational program at Regina Caeli Academy offers its students.  Others do not have the time to dedicate to home schooling their children and so would not be able to utilize a hybrid educational program.  These families could benefit from a full-curriculum Catholic School more than the Regina Caeli Academy hybrid school.  This threat increases the need for outside funding since without donated facilities, RCA could not continue to provide such low cost alternatives.  With many of the home schooling families relying on one income so one parent may homeschool, many may not have the finances to pay for the full tuition costs of Archdiocese or private Catholic schools which, with multiple children can exceed $20,000 a year for elementary classes alone.

<u>Legal and Liability Issues</u>
Regina Caeli Academy recognizes the current litigious climate facing the church and is prepared to provide an appropriate level of liability insurance. RCA currently has a $1,000,000 liability policy.



**Regina Caeli Academy**
**Proposal For Archdiocese of Atlanta**

Page 14

## V. <u>Conclusion</u>

Clearly, the need exists for offering education alternatives to Catholic families in the Atlanta Archdiocese. Based on studies to date and the phenomenal response to the launching of Regina Caeli Academy, it appears home schooling – and more specifically hybrid schools – may prove to be the wave of the future.

RCA eagerly anticipates our first year of operation and looks forward to opportunities to work with the Archdiocese to meet these needs. We hope the material contained in this proposal satisfies the Archdiocese that we plan to operate as a Catholic offering in good faith.

Please let us know if you have any questions or require further information.

## Board of Directors Contact Information

Rich Beckman
President
Regina Caeli Academy, Inc.

Kari Beckman
School Administrator

175 Longwood Lane
Newnan, GA 30263
770-253-3683

Michael Wolven
Vice President and Treasurer
Regina Caeli Academy, Inc.

Michelle Wolven
Facilities Coordinator

71 States Avenue
Dallas, GA 30132
770-445-5855

# EXHIBIT B

# ARTICLES OF INCORPORATION
## OF

## Regina Caeli Academy, Inc.

The undersigned, all of whom are citizens of the United States, desiring to form a Non-Profit Corporation pursuant to the provisions of Section 14-3-202 of the Georgia Business Corporation Code and the Non-Profit Corporation Law of Georgia, do hereby certify the following Articles of Incorporation for Regina Caeli Academy, Inc.:

**Article I:** The name of the Corporation shall be Regina Caeli Academy, Inc.

**Article II:** The Corporation is organized pursuant to the Georgia Nonprofit Corporation Code.

**Article III:** The street address of the initial registered office of the Corporation is c/o 2140 Beaver Ruin Road NW, Norcross, Gwinnett County, Georgia 30071-3338,

**Article IV:** The name and address of the incorporator is Michael T. Wolven, 71 States Avenue, Dallas, Paulding County, Georgia 30132.

**Article V:** The name of the initial registered agent for Regina Caeli Academy, Inc. located at 2140 Beaver Ruin Road NW, Norcross, Gwinnett County, Georgia 30071-3338 is Michael T. Wolven.

**Article VI:**  The Corporation will not have members.

**Article VII:** Said corporation is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

**Article VIII:** The names and addresses of the persons who are the initial trustees of the corporation are as follows:

| Name | Address |
|---|---|
| Richard Beckman, President | 175 Longwood Lane, Newnan, Georgia 30263 |
| Michael T. Wolven, Vice President / Treasurer | 71 States Avenue, Dallas, Georgia 30132 |
| Barry Frisbee, Secretary | 110 Dragons Lair, Fayetteville, Georgia 30215 |

**Article IX:** No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these articles or the Regina Caeli By-laws, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal

Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

**Article X:** Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**Article XI:** The directors of the Corporation shall not be liable to the Corporation for monetary damages for any action taken, or any failure to take any action, as a director, except liability: (i) for any appropriation, in violation of his or her duties, of any business opportunity of the corporation; (ii) for acts or omissions which involve intentional misconduct or a knowing violation of law; (iii) or the types of liability set forth in Georgia Nonprofit Corporation Code Sections 14-3-860 through 14-3-864; or (iv) for any transaction from which the director received an improper personal benefit.

Any repeal or modification of this Article shall be prospective only and shall not adversely affect any limitation on the liability of a director of the Corporation with respect to any act or omission occurring prior to the effective date of such repeal or modification.

If the Georgia Nonprofit Corporation Code is amended, after this Article becomes effective, to authorize corporate action further eliminating or limiting the liability of directors, then, without further corporate action, the liability of a director of the Corporation, in addition to the limitation on liability provided herein, shall be limited to the fullest extent permitted by the Georgia Nonprofit Corporation Code, as so amended.

In the event that any of the provisions of this Article (including any provision within a single sentence) is held by a court of competent jurisdiction to be invalid, void, or otherwise unenforceable, the remaining provisions are severable and shall remain enforceable to the fullest extent permitted by law.

In witness whereof, I have hereunto subscribed my name this 29th day of April, 2003.

Michael T. Wolven (Vice President / Treasurer / Incorporator / Registered Agent / Executor)

# <u>Article I – Name and Purposes</u>

- ## The name of the organization shall be **Regina Caeli Academy, Inc. (Here on in A.K.A RCA)**

The purposes of this organization are:

- To unite in a common bond with Catholic families who abide by the magisterium of the Roman Catholic Church and the Holy See.
- To provide leadership for the families seeking assistance in education.
- To provide support and a clearinghouse for information and activities on education for RCA families
- To develop leadership abilities through participation in spiritual, educational, vocational, civic, recreational and social activities
- To foster a deep respect for the dignity of the family unit.
- To help our children attain a purposeful life
- To create enthusiasm for learning
- To promote high standards in  ethics, workmanship, scholarship and safety
- To develop the ability of students to plan together, organize and carry out worthy activities and projects through the use of the democratic process
- To develop patriotism through a knowledge of our nation's heritage and the practice of democracy

# <u>Article II - Organization</u>

**Section 1.**  The Regina Caeli Academy is an academic institution designed to assist home educators.

**Section 2.** The administration and authority in RCA affairs will be vested in the Board of Directors of  RCA; which consists of President, Vice President, and Secretary/ Treasure.

**Section 3.** RCA  shall be spiritually led by a Roman Catholic Priest determined by a vote of the Board of Directors. RCA activities will be held in conjunction with the Spiritual Director. There shall only be one Spiritual Director at a given point for RCA.

# <u>Article III-Membership</u>

**Section 1**. Membership of RCA shall consist of families who understand that the institution will abide by the magisterium of the Roman Catholic Church and is in full communion with the Holy See.

.

**Section 2.** RCA  shall be open for membership to all families regardless of race, sex, religion, creed or national origin, but all families will sign a statement of faith, understanding that Catholic doctrine will be followed and integrated into our Program of Work.

**Section 3.** RCA will recognize members only through a family interview by a committee assigned by the Board of Directors and paid membership fees.

**Active Family Membership** – Families preparing themselves to know love and serve God, currently paid for the membership month and contributing to the mandatory volunteer family program as outlined by the Board of Directors.


**Section 4.** A membership year shall be from August 31 to July 31.

# <u>Article IV – Board of Directors</u>

**Section 1.** Board members shall have:

- Active membership status
- Endorsement of at least one board member for nomination
- At least one full membership year as an active Family
- Completed the faith statement.
- A majority vote of all current board members

**Section 2. Special provision for the office of President and Vice President**

- At lease two full years home schooling grades K- 12

# Article V - Meetings

**Section 1.** A monthly meeting of RCA shall be held at such time and place as the Board of Directors may decide. The Board of Directors shall be empowered to call special meetings.

**Section 2.** A meeting quorum shall be defined as a chair and recorder.

**Section 3.** Parliamentary procedures at all meetings will be governed by Robert's Rules of Order, Newly Revised.

# Article VI - Voting

**Section 1.** Board members of RCA shall exercise their right to vote at all official meetings the President may call a special vote by e-mail or phone if he or she deems necessary.

**Section 2.** Voting on  Officers and honorary positions shall be done by secret ballot.

**Section 3.** Any person running unopposed for an office must have a majority vote of the number of delegates present when the vote is taking place to be elected.

# Article VII- Finances

**Section 1.** The administration appointed by the RCA Board of Directors shall be responsible for the collection of membership fees.

**Section 2.** All organization monies from RCA shall be deposited with the corporate treasurer of the Board of Directors and financial documentation shall be given to all Board members on a monthly basis in writing, the President shall audit all financials with an accountant at the end of the fiscal year.

**Section 3.** RCA family membership fees shall be 125.00 per month, per family and an activation/registration fee of $75.00 per family.

**Section 4.** The fiscal year of RCA shall be July 1 through June 30.

# Article VIII - Amendments

**Section 1.** The Constitution and Bylaws may be amended as follows:

- A proposed amendment must be presented in writing to the Board of Directors 90 days prior to a monthly meeting.
- The amendments shall be reviewed by the  Board of Directors.
- It must then be presented for vote at an official business meeting of the RCA Board of Directors.  Amendments to the Bylaws shall be adopted by a majority of the membership present.

# Article IX - Bylaws and operating policies

**Section 1.** Bylaws shall be adopted by a majority vote of the Board Members present.

**Section 2.** Operating policies shall be adopted as determined by the Board  of Directors.

**Section 3.** The president shall appoint committees as necessary to conduct the work of the RCA.

**Section 4.** All business to be brought before the monthly meeting  must be sent to the President or Chair of that meeting at least 1 week prior to the date of the monthly meeting.

# Article X – Policy of Nondiscrimination

Regina Caeli Academy, Inc. admits students of any race, color, national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school.  It does not discriminate on the basis of race, color, national and ethnic origin in administration of its educational policies, admissions policies or any other school-administered program.

# EXHIBIT C

Regina Caeli Academy, Inc.
EIN 80-0063491


Internal Revenue Service,


Please forward all correspondence concerning the Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code to for Regina Caeli Academy, Inc. EIN 80-0063491 to:


    Regina Caeli Academy, Inc.
    Mr. Michael T. Wolven
    Vice President / Treasurer
    71 States Avenue
    Dallas, Georgia
    30132
    (770) 445-5855


Sincerely,



Michael T. Wolven
V.P. / Treasurer

# EXHIBIT D

**NOTICE OF INCORPORATION**

March 31, 2003

Gwinnett Daily Post
166 Buford Drive
P.O. Box 603
Lawrenceville, Georgia 30046-0603
(770) 963-9205

Dear Publisher:

Please publish once a week for two consecutive weeks a notice in the following form:

Notice is given that articles of incorporation that will incorporate Regina Caeli Academy have been delivered to the Secretary of State for filing in accordance with the Georgia Nonprofit Corporation Code. The initial registered office of the corporation is located at 2140 Beaver Ruin Road NW, Norcross GA 30071-3338 and its initial registered agent at such address is Michael Thomas Wolven.

In addition, please notify me of the dates of publication prior to publication for our records.

Enclosed is a check in the amount of $40 in payment of the cost of publishing this notice.

Sincerely,

Michael Thomas Wolven

71 States Avenue
Dallas, Georgia 30132
(770) 445-5855

# EXHIBIT E



# Regina Caeli Academy

**-    A metro Atlanta Home School Assistance Program**

P.O. Box 725172
Atlanta, Georgia 31139
(770) 840-9406

July 21, 2003

Kathi Stearns
Vice Chancellor
Archdiocese of Atlanta
680 West Peachtree Street, NW
Atlanta, Georgia 30308

Dear Ms. Stearns,

Thank you again for taking the time to meet with us June 13, 2003 concerning the opening of Regina Caeli Academy (RCA). As requested from that meeting, we have enclosed an informational proposal on RCA. The intent of this proposal is to provide sufficient information on the operations of RCA to satisfy you and the Archbishop that we are operating in good faith as a Catholic offering in the Atlanta Archdiocese.

In addition, we have enclosed two copies of the proposal to be forwarded on to Archbishop Donoghue and Deacon Sutter at your convenience.

If you require additional information or have any questions, please do not hesitate to contact us.

Thank you for your time, interest and continuing support.

Sincerely,

Rich Beckman                                Michael Wolven
President                                   Vice President and Treasurer

Kari Beckman                                Michelle Wolven
School Administrator                        Facilities Coordinator

770-253-3683                                770-445-5855

Michael Wolven
Vice President and Treasurer

# EXHIBIT F

## Completing The Picture

"Parents have the first responsibility for the education of their children. They bear witness to this responsibility first by creating a home where tenderness, forgiveness, respect, fidelity, and disinterested service are the rule. The home is well suited for education in the virtues. This requires an apprenticeship in self-denial, sound judgment, and self-mastery - the preconditions of all true freedom. Parents should teach their children to subordinate the 'material and instinctual dimensions to interior and spiritual ones'." (*The Catechism of The Catholic Church* #2223)

Regina Caeli Academy seeks to help parents fulfill this responsibility with their investment in a Christ-centered, faithful environment committed to Catholic Academic Excellence.



## NOTICE OF NONDISCRIMINATORY POLICY AS TO STUDENTS

Regina Caeli Academy admits students of any race, color, national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of race, color, national and ethnic origin in administration of its educational policies, admissions policies, scholarship and loan programs, and athletic and other school-administered programs.



"*The education of the conscience is a lifelong task. From the earliest years, it awakens the child to the knowledge and practice of the interior law recognized by conscience. Prudent education teaches virtue; it prevents or cures fear, selfishness and pride, resentment arising from guilt, and feelings of complacency, born of human weakness and faults. The education of the conscience guarantees freedom and engenders peace of heart.*" (**Catechism of the Catholic Church # 1784**)



# Regina Caeli Academy

*A Metro Atlanta Homeschool Assistance Program*



"*Youth is not to be despised when it is devoted to God.*"
St. Ignatius of Antioch



# What Is Regina Caeli Academy?

Regina Caeli (pronounced CH-Ā-LEE), Latin for Queen of Heaven, is an innovative educational support institution for Catholic homeschooling families. Its mission is both personal and apostolic. RCA offers a Catholic homeschooling curriculum that encourages and helps students achieve academic excellence while being faithful to the apostolic mission of parents to teach their children the truths of the Catholic faith.

We want our children to be nurtured and loved in an environment that enables them to succeed academically but does not deprive them of the spiritual life they deserve. While faith formation at home may not be a struggle, let's face it, many of the subjects our children are required to study today, we forgot more than 10 years ago.

As faithful parents, we are challenged with the instruction of subjects that have advanced in scope, logic and content. RCA offers instruction in core academics and electives two days a week in a traditional classroom setting. The curriculum is diverse, thorough and faithful.

Parents continue to be the primary educators - supported by the program at RCA and your own homeschooling schedule the balance of the week. RCA also nourishes the spiritual life of the students with regular prayer, devotions and Mass on school days.

## Core Principles

At Regina Caeli Academy, success depends on the common mission of parents and students. Together, we form a partnership focused around 6 core principles:

### Catholic Values
RCA is dedicated to teaching and living the truths of our Catholic faith in a way that brings glory and honor to God. Through the curriculum and materials, the established guidelines and strict orthodoxy faithful to the Magisterium, we guide our parents and students towards Catholic excellence

### Parent Involvement
RCA is an extension of your role as *primary educator* and as such we *want* and indeed need you to actively join us in making RCA a success

### Excellence
"Setting the bar high" is often lost in today's education efforts. Children must be taught and encouraged to strive for excellence. RCA challenges students to "raise the bar" in each and every aspect of its programs

### Charity
One of the three theological virtues – charity brings us closer to God. RCA encourages each member of the school to pursue Christian charity through hard work, dedication and commitment. Our survival depends on the fruit of generosity so we encourage our members to prayerful consider generous donations of time, talent and treasure as each allow

### Forgiveness
As Our Lord forgives us for our sins, we seek to reflect this forgiveness – and the love required to do so – in the environment we create and nurture

### Fun
RCA strives to make learning, character development and faith formation an engaging part of each day. We hope students look forward to the time they spend at RCA not only for their studies but also for the joy, laughter and social experiences they will share

## The Program

Regina Caeli Academy is a non-profit 501© (3) business designed to offer affordable educational support to homeschooling families of all sizes. As such, RCA only charges a $125 per month family fee, regardless of how many children attend and the number of classes they take.

Course offerings will include core academics such as Math, English, Science, Religion and History. Elective offerings will vary by demand but will typically include

- Professional Development
- Languages (Latin, Spanish, etc)
- Music
- Art

Classes will be held Monday and Wednesday from 9:15am – 3:30pm, and include offerings for grades Pre-K through 12. For more information or to list your children for fall classes, please visit our website or call the numbers below.



Regina Caeli Academy
St. Patrick's Catholic Church
2140 Beaver Ruin Road NW,
Norcross, Georgia 30071-3338
Phone: (404) 538-1901
www.reginacaeliacademy.com

# EXHIBIT G



# REGINA CAELI ACADEMY
### - a Metro Atlanta Charter School

Ad majorem Dei gloriam

# STRATEGIC PLAN AND KEY OBJECTIVE SUMMARY

**P.O. Box 725172**
**Atlanta, Georgia 31139**
**www.reginacaeliacademy.com**
**(770) 840-9406**



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

## Table of Contents

| Section | Description | Page |
|---------|-------------|------|
| 1.0 | Mission | 2 |
| 2.0 | Historical Background | 3 |
| 3.0 | Executive Summary | 4 |
| 4.0 | Situation Analysis | 5 |
| 4.1 | Situation Analysis - Home Schooling | 6 |
| 4.2 | Situation Analysis - Hybrid Education | 7 |
| 5.0 | Market Summary | 8 |
| 5.1 | Market Summary – Demographics | 9 |
| 5.2 | Market Summary – Market Needs | 10 |
| 5.3 | Market Summary – Market Trends | 11 |
| 6.0 | Strength, Weakness, Opportunity and Threat (SWOT) Analysis | 12 |
| 6.1 | Strengths | 13 |
| 6.2 | Weaknesses | 14 |
| 6.3 | Opportunities | 15 |
| 6.4 | Threats | 16 |
| 7.0 | Current Situation – Curriculum | 17 |
| 7.1 | Current Situation – Courses | 18 |
| 7.2 | Current Situation – Staff | 19 |
| 7.3 | Current Situation – Finances | 20 |
| 8.0 | Future Situation – Courses | 21 |
| 8.1 | Future situation – Finances | 22 |
| 9.0 | Marketing Strategy | 23 |
| 9.1 | Marketing Objectives | 24 |



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 2

**1.0 Executive Summary**

Regina Caeli Academy (RCA) was formed in response to a growing need among home schooling families for alternatives that provide assistance and support in educating our children. Many Catholic home schoolers want to honor the call to be the primary educators of their children but face many challenges in doing so – especially balancing individual needs amongst a large family and effectively teaching increasingly complex material in the upper grades.

Regina Caeli Academy strives to address these challenges and become the premier provider of a hybrid education for Catholic home-schooled children in the Atlanta area.  A hybrid education is a school that provides the best of private schooling and home schooling.  It allows children to meet their social needs by attending school two days each week while allowing the family to remain the primary educator and home school their children the other three days each week.

The two families behind launching RCA look at this as a ministry to Catholic families already faced with the financial challenges of being open to life and therefore have established RCA as a non-profit 501© (3) business. Relying on the charity of parents and teachers to donate their time in support of this ministry, RCA only charges a $125 per month family fee, regardless of how many children attend and the number of classes they take.

Following the Mother of Divine Grace Curriculum (motherofdivinegrace.org), course offerings will include core academics such as Math, English, Science, Religion and History. Elective offerings will vary by demand but will typically include

- Professional Development
- Languages (Latin, Spanish)
- Music/Art
- Creative Writing
- Public Speaking
- Theatre/Drama

Classes will be held Monday and Thursday from 9:15am – 3:30pm, and include offerings for grades Pre-K through 12.

At Regina Caeli Academy, success depends on the common mission of parents and students. Together, we form a partnership focused around 6 core principles:

**Catholic Values**
RCA is dedicated to teaching and living the truths of our Catholic faith in a way that brings glory and honor to God. Through the curriculum and materials, the established guidelines and strict orthodoxy faithful to the Magisterium, we guide our parents and students towards Catholic excellence

**Parent Involvement**
RCA is an extension of your role as *primary educator* and as such we *want* and indeed need you to actively join us in making RCA a success

**Excellence**
"Setting the bar high" is often lost in today's education efforts. Children must be taught and encouraged to strive for excellence. RCA challenges students to "raise the bar" in each and every aspect of its programs

**Charity**
One of the three theological virtues – charity brings us closer to God. RCA encourages each member of the school to pursue Christian charity through hard work, dedication and commitment. Our survival depends on the fruit of generosity so we encourage our members to prayerful consider generous donations of time, talent and treasure as each allow

**Forgiveness**
As Our Lord forgives us for our sins, we seek to reflect this forgiveness – and the love required to do so – in the environment we create and nurture

**Fun**
RCA strives to make learning, character development and faith formation an engaging part of each day. We hope students look forward to the time they spend at RCA not only for their studies but also for the joy, laughter and social experiences they will share



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 3

Active development efforts to make RCA a reality began in April of this year and the phenomenal response to date is clearly evidence of God's guiding hand in our efforts. We currently have some 25 families from parishes all over the archdiocese (Cartersville to Winder to Newnan) and 80+ students registered to begin classes this fall.

The balance of this presentation is dedicated to providing additional information on the need for an RCA, the challenges we face going forward and the role we'd like the Archdiocese to play.


**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**2.0 Historical Background**

Canon Law of the Catholic Church compels parents to educate their children in the faith.

Canon Law 793.1 states, "Parents and those who hold their place are bound by the obligation and enjoy the right of educating their children.  Catholic parents also have the duty and right of selecting those means and institutes by which, in light of local circumstances, they can better provide for the Catholic education of their children."  The Bible also offers directives for parents by commanding them to raise up their children for the glory of God by bringing them up in the nurture and discipline of the Lord.  Deuteronomy 6:5-7 states, "Therefore you shall love the Lord your God with all your heart, and with all your soul, and with all your strength.  Take to heart these words, which I enjoin on you today.  Drill them into your children.  Speak of them at home and abroad, whether you are busy or at rest."

We, as Catholic parents, have chosen to educate our children at home not only in the Catholic faith but academically as well.  There are many reasons why we choose to embrace this most awesome task.  Some common reasons given among Catholic home educators include the protection and preservation of the moral fiber of the family.  This often can only be accomplished through home educators where morality and our Faith are at the center of our days.  The encyclical *Milatantis Ecclesiae* states, "Let nobody easily persuade himself that piety can be separated from instruction with impunity.  Religion must not be taught to youth only during certain hours, but the entire system of education must be permeated with the sense of Christian piety."



**3.0 Situation Analysis Summary**

The need for home school assistance programs is validated and magnified by information that attributes long-term value to children in these hybrid educational programs.  As will be discussed, studies document the direct value of a home-schooled environment.

However many parents deciding to homeschool their children are faced with the reality that they may be weak in certain subject areas making it difficult to teach their child in these areas. Additionally parents of large families find it difficult to meet the educational needs of all their children in multiple grade levels. Many of these families have economic restraints preventing their children from attending private schools. Regina Caeli Academy is the answer to the quandary of choices these parents may find themselves in if they do not wish to place their children in the public school system.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 6

**3.1 Situation Analysis – Home Schooling**

Some 1.2 million to 1.7 million children are thought to be participating in home schooling in America.  Advocates say it's growing at a rate of 15 percent a year.  "We take it very seriously and see it as a reasonable option," says Lee Stetson, dean of admissions at the University of Pennsylvania.[1]  "All the evidence we have show(s) that these students perform just as well if not maybe just a little bit better because they've been focused," he says.[2]

Home-schooled children have recently shown themselves to be at the top of their class in many areas.  In 2000, the first, second and third places in the National Spelling Bee were all home-schooled children and, although home-schooled children only comprise approximately two percent of the nation's school-age population, approximately 11 percent of the Spelling Bee's participants were home-schooled.[3]  The winner of the National Spelling Bee also came in second in the National Geography Bee.

A report from the National Center for Home Education showed that the SAT scores of home-schooled children were on average 67 points above the national average.[4]  A recent report from the National Center for Home Education shows those identifying themselves as "home schooled" on their ACT testing applications scored an average of 22.7, compared to the national average of 21.[5]  In August of 2000, the ACT Board announced that home schooled students scored higher than public and private school students on the ACT, one of the two premier college entrance examinations used in the U.S.[6]

*The Kiplinger Letter*, published weekly since 1923 providing solid, thorough research and forecasts had this to say about home-schooled children in its August 25, 2000 publication:

> <u>Homeschooled youths will be a rising share of our workforce</u>.  By 2002, the number of home-taught pupils will rise 30%, to around 2 million.  Slew of Internet resources is prompting more parents to choose this option.  <u>Good news for employers</u>: Those taught at home often score higher on standardized tests and get just as involved in civic, community activities.  More colleges are recruiting them because of their good track records.  Usually taught to be independent thinkers, hard-working and self-motivated.[7]

In 1999 the National Education Association stated that, "home schooling cannot provide the student with a comprehensive education experience".  Mr. Patrick Basham, a senior fellow at the Cato Institute, decided to test their theory.  He authorized a study performed by the Fraser Institute, an independent public policy organization based in Vancouver, Canada.  The study focused on home-schooled students in North America and was released in early October of 2001.[8]  According to the study's findings:

> …The typical home-schooled child is more mature, friendly, happy, thoughtful, competent, and better socialized than students in public or private schools.  The study also showed that the home-schooled children were less peer dependent and exhibit "significantly higher" self-esteem.  Additionally, the study found that home-schooled children regularly outperform other students academically.  Overall test scores for home schoolers were between the 75th and 85th percentiles, while public school students scored in the 50th percentile and private school students' scores ranged from the 65th to 75th percentile.  "Almost one quarter of home-schooled students perform one or more grades above their age level peers in public and private schools," said Mr. Basham.  The study cited findings that by Grade 8, the average home-schooled student performs four grade levels above the national average.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**3.2 Situation Analysis – Hybrid Education**

With the results out on home-schooled children, why aren't parents turning out in droves to educate their own children? Many families fail to homeschool their children because they fear being the sole educator. These parents fear that that they may not be able to meet the educational needs of their children and they may thereby prevent them from becoming productive members of society. Other reasons parents may avoid home schooling is the time constraints involved, the curriculum costs and some parental weaknesses in specific areas of instruction. In large families educating several children in multiple grade levels is a daunting task.

Regina Caeli Academy has the answers.

Regina Caeli Academy offers various classes in academics and cultural arts. Families are able to register for whichever classes they choose. For students enrolled in Regina Caeli Academy curriculum assistance, learning materials, testing and grading are all available. Students also learn time management skills and scheduling techniques, which tend to be a difficulty among home schooling families.

Regina Caeli Academy provides instruction 2 days a week while the parents assist their children to complete their assignments on the remaining 3 days a week. It is designed to assist families in their task of educating their own children. Parents are then expected to comply with the State of Georgia Home Schooling law regarding registration and monthly attendance.

**The key at RCA is continued parental involvement in the child's education. The parent is in charge – Regina Caeli Academy is there to offer the much-needed support wherever necessary.**

Programs like that offered at Regina Caeli Academy are not new. Grace Preparatory Academy in Arlington, Texas was founded in 1993 with 186 students. It now boasts 600 students with 700 more families waiting for an open class in their two-story brick building. Like Regina Caeli Academy, not only are they able to keep costs down (at approximately $3,000 per year for high school students) but class sizes are considered full at 14 to 16 students. Kings Academy in Woodstock, Georgia was founded in 1999 and already boasts 228 children and 130 families. It is forecasted to expand to 270 children and 150 families by its fourth year.

Hybrid programs like Regina Caeli Academy; (1) assist the parent in meeting deadlines, (2) provide accountability, (3) offer the child a classroom experience, (4) are affordable, (5) allow the child to be at home with mom or dad three days out of the week and (6) assist the parent in meeting attendance and testing requirements. Regina Caeli Academy is rare, however, in that it is specifically designed to assist Catholic families. After High School, these programs provide the child with a High School Diploma and a transcript similar to that given at private and public schools, which they can then use to enroll in Colleges and Universities.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**Page 8**

**4.0 Market Summary**

Regina Caeli Academy provides valuable scholastic as well as social experiences for the increasing population of home-schooled youth. It is our belief that the population of home-schooled children in the Northern area of Georgia will increase more than the National average of 15% in the near future. Our area of Georgia enjoys some of the highest growth rates in the United States. Many of the families transferring to our area are from the North – an area rich in the Catholic Faith. We believe parents are currently disenchanted with the education public schools offer their children. Additional frustrations set in due to the almost continuous undermining of the Catholic moral foundation parents are striving to pour for their children. These facts, linked together, provide fertile ground for rapid growth of Regina Caeli Academy once the public understands who we are and what we do.

**It is our belief that children who begin their school day with the sacrifice of the Catholic Mass begin their day with an exceptional attitude toward learning and their own personal sacrifice, which flows into the classrooms.**

As mentioned in our Situation Analysis, studies indicate vast differences in scholastic and social development of home-schooled children as compared to public and private schooled children. Due to the unique teaching environment, linking the loving and nurturing home-school environment from the parents with our program, students in Regina Caeli Academy will simultaneously improve teamwork and leadership skills while receiving their "best of all worlds" education. Increased self-confidence is just one of the many intangible benefits this program offers.

As seen by the chart below, we expect future participation and growth will stem primarily from current home-schooled children seeking the assistance of our hybrid, best of all worlds educational program. This growth will be increased due to children currently in the public and private school sectors seeking the educational and social benefits offered through a hybrid home school / private school setting.





**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 9

**4.2 Market Summary – Market Needs**
The initial reasons for Regina Caeli Academy remain constant – general disenchantment with the state of public schools and overly burdensome tuition of private schools.

How bad are things at the public schools?  According to the CATO Institute in its briefing paper #25 from March 26, 1996:[10]

> *The Scholastic Aptitude Test scores for children enrolled in Public Schools fell from 978 to 890 between 1963 and 1980.  In 1972, 2,817 students scored above 750 (our of a possible 800) on the verbal test, and another 116,630 scored above 600.  By 1994 those figures dropped to 1,438 and 79,606, respectively.  Public school systems are severely limited in terms of educational ability and private schools are severely limited in terms of cost and availability – especially after the middle school years.  This despite the fact that since World War II real (inflation-adjusted) spending per student in the public schools has increased about 40 percent per decade, or about doubled every 20 years.*

Many Catholic parents feel the moral and religious foundation they are striving to build for their children is compromised through the public school system.  Yet these families can be served by Regina Caeli Academy's flexible enrollment policy. Keeping in mind that there is not a Catholic High school in West Cobb County, many parents are at a loss wondering where to place their child after 8th grade. Regina Caeli Academy can meet the needs of many of these high school students desiring to pursue a catholic education. A quality Catholic education may be financially out of reach in the current private school market.  Still many others are forced to deal with what to do with their child brought up in a Catholic educational environment once they reach High School.

Passage of a school voucher program could dramatically increase the demand of a program like that offered at Regina Caeli Academy.  The Regina Caeli Academy program is orchestrated to make the educational experience as accessible and affordable as possible to all students.  Due to the gracious involvement of Saint Catherine's Church, Regina Caeli Academy has even been able to forego tuition costs for those families who have found themselves without jobs due to the events on September 11, 2001.  Due to greater parental involvement and the dedication of Saint Catherine's Church, Regina Caeli Academy is far better at adjusting to the needs of families than most other School programs.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 10

**4.3 Market Summary – Market Trends**
The significant market trends are as follows:
- Public schools have been unable to raise test results significantly over the past decade (in fact they have fallen by almost 10% over the past 20 years)
- Diminishing public school support due to a constant undermining of the families moral and religious values.
- Diminishing availability of the private school sector to include greater participation.
- Lack of High School grades offered at many private schools.
- High tuition levels at private schools.
- Heightened awareness of the positive educational experience for home-schooled children as indicated through average test scores of home-schooled children as compared to children in the public school sector as well as the private school sector.
- Heightened awareness of the positive social experience and social skills attributed to home-schooled children, as highlighted in our Situation Analysis.

| Expected Enrollment | | | | | |
|---|---|---|---|---|---|
| School Sector | 2001 School Year | 2002 School Year | 2003 School Year | 2004 School Year | 2005 School Year |
| Public School | 2 | 9 | 16 | 19 | 22 |
| Private School | 2 | 9 | 16 | 19 | 22 |
| Home School | 21 | 49 | 74 | 111 | 167 |
| Total | 25 | 67 | 106 | 149 | 211 |





**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 11

**5.0 SWOT Analysis**

The following outlines the most significant strengths and weaknesses internal to Regina Caeli Academy, and the opportunities and threats that exist in our environment. Our objective is to leverage our strengths to take advantage of the opportunities our market presents, develop those areas that are weaknesses, and devise contingency plans to address threats if those should become a reality.

Regina Caeli Academy enjoys a positive perception with the participating children and parents. The Academy strives to offer student's both the educational assistance and social experience to help each student become a well-rounded and firmly grounded adult. There is solid support of the concept and purpose of the organization. We are aware of the problems inherent in a program that depends on the charity of others, but trust the Holy Spirit will call those we need to support this effort. We understand that much of the awareness of Regina Caeli Academy will come through word of mouth from within the Catholic Church. Advertising will be placed in parish bulletins, local newspapers and the archdiocesan newspaper to make families aware of this viable education program.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**5.1 Strengths**
The following outlines key strengths of the organization:

<u>Catholic curriculum</u>
Regina Caeli Academy begins the school day with the celebration of the Mass.  Catholic teaching is apparent in all classes offered from History to English to Math.  Students will leave Regina Caeli Academy with a firm understanding of what the Magesterium of the Church teaches.

<u>Facilities</u>
Due to the generosity of Fr. Hennessey at Saint Patrick's Church, our facilities pose as a short-term strength for Regina Caeli Academy.  With the use of an annex building at this parish, we are able to meet initial needs before needing to become completely self-sufficient.  In the meantime, our school has at its disposal resources including an outdoor play area, picnic tables, amphitheatre, a kitchen, and various classrooms. Priests are available to speak to the students on a regular basis.

<u>Hybrid Schooling</u>
Through Regina Caeli Academy, students will receive quality guidance and education on a subject-by-subject basis. At the same time, students will maintain the loving and nurturing environment that a home-school environment offers. Parents can pick and choose what subjects they want their children to be enrolled in.  If a parent feels a child is better able to learn a foreign language or musical instrument in the fifth or sixth grade instead of the late middle or even high school grades, that subject will be open to them.  Parents will be relieved to know that they are able to offer their children the best that home-schooling has to offer through Regina Caeli Academy.  Additionally, parents appreciate having an educational program assist in the burden of ensuring their child's educational needs are met through an accredited curriculum.

<u>The Internet</u>
We currently have a website, www.reginacaeliacademy.com.  This website will be a significant technological solution for Regina Caeli Academy in the area of registration, communication, marketing and information delivery in the near future. Through this website, we will have the ability to provide more extensive and current information at reduced costs while reducing the need for printed materials, voice mail communication equipment.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**5.2 Weaknesses**

Following are the key weaknesses of the organization as well as means to overcome those weaknesses:

Capital Requirements
While Regina Caeli Academy appreciates the assistance offered by Saint Patrick's and the usage of their facilities at no cost to the parents, we recognize that based on our initial response and projected growth we may quickly outgrow this facility.  Even with all positive cash flow routed directly back into the school and the advantages our non-profit status afford us for donations, we do not expect to raise sufficient capital our first year to fund a new, larger facility. We hope to find a solution through the generosity of donors (land or an un-used building), and would like to work with the Archdiocese as well to identify any such opportunities.

Home School Stigma
Many parents still believe that public schools are better for their children due to increased social interaction.  It is our belief that this stigma will be removed in time as more studies are performed vindicating home-schooled children. Children socialized by their parents in a controlled setting while they are still young. These same families will slowly allow their children to experience difficult situations with parental guidance as the child grows in age to maturity

Name/Hybrid Approach Recognition
While Regina Caeli Academy utilizes an accredited curriculum, many other schools do not yet recognize the abilities of children in a Hybrid educational system to flourish.  As a result, schools continue to place home-schooled children at the bottom of their list of eligible candidates for their school.  To assess and to overcome this weakness, Regina Caeli Academy will assign a Marketing team.  It will be the responsibility of this team to look for marketing opportunities from Catholic periodicals and newspapers and to reach out to target Catholic Universities to build relationships. Such an effort was recently made with Southern Catholic College and the response was quite favorable.

Sports Availability
Currently Regina Caeli Academy does not have enough students to field a team to compete against other schools and cannot currently provide students with training in Baseball, Volleyball, Softball or any other sport.  Many scholarships are offered based on scholastic as well as athletic abilities.  Regina Caeli Academy is currently waiting for increased enrollment and hopes to hire a coach and begin offering athletic activities in the not too distant future.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 14

**5.3 Opportunities**

Regina Caeli Academy competes for resources in a community with a high number of not-for-profit organizations per capita. Numerous organizations target personal and corporate dollars to augment other revenue sources. Based on this challenge, Regina Caeli Academy must continue to demonstrate that it successfully offers a meaningful educational experience to its' students, with short and long-term benefits, in a manner that effectively meets community needs. The following summarizes potential opportunities:

<u>Geographic Serving Area Issues</u>

Regina Caeli Academy continues to be the only Catholic educational facility offering a home school/private school hybrid in our area.  Decisions regarding our serving area will impact financial requirements and potentially open new revenue opportunities. This growth strategy must be managed and orchestrated in a manner that will add strength to the program.

<u>Catholic Education Interest</u>

Catholic Schools offer students a top-notch education both in their faith as well as mainstream educational requirements.  Catholic churches are increasing in attendance in our area of the Southeast.  Private Catholic schools typically take a long time to build and establish and require a significant amount of financial support.  We offer a Catholic education here and now and are fortunate to be able to assist families in our growing Catholic environment.

<u>Community Education</u>

Regina Caeli Academy must continue to tell its story to the community it serves. This message is one that reinforces the philosophy and the purpose for its existence. A well-informed community will bring revenues through donations as well as increased student participation.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 15

**5.4 Threats**
The major challenges Regina Caeli Academy currently face include the following:

<u>Private School</u>
Many parents do not see the incredible advantages the hybrid educational program at Regina Caeli Academy offers its students.  Others do not have the time to dedicate to home schooling their children and so would not be able to utilize a hybrid educational program.  These families could benefit from a full-curriculum Catholic School more than the Regina Caeli Academy hybrid school.  This threat increases the need for outside funding since without donated facilities, RCA could not continue to provide such low cost alternatives.  With many of the home schooling families relying on one income so one parent may homeschool, many may not have the finances to pay for the full tuition costs of Archdiocese or private Catholic schools which, with multiple children can exceed $20,000 a year for elementary classes alone.

<u>Legal and Liability Issues</u>
Regina Caeli Academy recognizes the current litigious climate facing the church and is prepared to provide an appropriate level of liability insurance. RCA currently has a $1,000,000 liability policy which includes molestation coverage…..

<u>The "Elite/Advanced" Sports Dilemma</u>
Providing competitive environments for athletes who seek to be in a competitive arena as a stepping-stone to collegiate sports is in question. The threat of not offering this option is that children with athletic abilities may be drawn away from Regina Caeli Academy by Private Schools.



# REGINA CAELI ACADEMY
### *- a Metro Atlanta Charter School*

Ad majorem Dei gloriam

# STRATEGIC PLAN AND KEY OBJECTIVE SUMMARY

**P.O. Box 725172
Atlanta, Georgia 31139
www.reginacaeliacademy.com
(770) 840-9406**



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 1

## Table of Contents

| Section | Description | Page |
|---|---|---|
| 1.0 | Mission | 2 |
| 2.0 | Historical Background | 3 |
| 3.0 | Executive Summary | 4 |
| 4.0 | Situation Analysis | 5 |
| 4.1 | Situation Analysis - Home Schooling | 6 |
| 4.2 | Situation Analysis - Hybrid Education | 7 |
| 5.0 | Market Summary | 8 |
| 5.1 | Market Summary – Demographics | 9 |
| 5.2 | Market Summary – Market Needs | 10 |
| 5.3 | Market Summary – Market Trends | 11 |
| 6.0 | Strength, Weakness, Opportunity and Threat (SWOT) Analysis | 12 |
| 6.1 | Strengths | 13 |
| 6.2 | Weaknesses | 14 |
| 6.3 | Opportunities | 15 |
| 6.4 | Threats | 16 |
| 7.0 | Current Situation – Curriculum | 17 |
| 7.1 | Current Situation – Courses | 18 |
| 7.2 | Current Situation – Staff | 19 |
| 7.3 | Current Situation – Finances | 20 |
| 8.0 | Future Situation – Courses | 21 |
| 8.1 | Future situation – Finances | 22 |
| 9.0 | Marketing Strategy | 23 |
| 9.1 | Marketing Objectives | 24 |



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 2

## 1.0 Mission

It is the mission of Regina Caeli Academy to support and encourage Catholic home educators. We recognize that the role of the parents to train and educate their children is a serious one. Therefore, it is NOT our intention to form an independent, private Catholic school. Rather, it is our vision to assist Catholic families in the task of educating their children. We seek to accomplish this in several ways.

It is our goal to provide support academically, spiritually and socially.

Academically, Regina Caeli Academy will always strive to hire professional Catholic instructors to teach children in various subject areas. We will attempt to provide primarily curriculum-based courses to school-aged children from the first grade through the twelfth grade and ensure that Catholic doctrine is taught and reinforced at all times. Regina Caeli Academy will utilize the Seton curriculum, an accredited educational curriculum with the collegiate system, due to its challenging material.

Spiritually, it is our intention to have several Masses offered to celebrate the liturgical year including the Blessed Mother's Birthday, the feast of Our Lady of Victory, etc. We hope to provide a retreat for families to nourish and allow growth of their faith. It is also our desire for priests to visit the classes periodically. Strong marriages within our families give witness to the beautiful Sacrament of Matrimony. However, it is equally important for students to witness the beautiful example of service to Christ's Church, of those who have answered the call, by receiving the Sacrament of Holy Orders that was instituted by Christ.

Socially we seek to provide a supervised faith-filled environment for children to develop a strong sense of support for their families and one another. In the past we have taken our students to events such as:

• The March for Life held at the Capital in January;
• Fieldtrips to see "A Christmas Carol" and "Stand up America"
• The SkillsUSA VICA III Championship (in which Regina Caeli Academy took first place against several large public high schools in the metro Atlanta area and will next compete in the Georgia State Championship in Atlanta in April and go onto the National Championship in June in Kansas City).
• Students have also organized and ran events such as our annual Open House, the appreciation dinner and the breakfast for Archbishop Donoghue.
• Good Friday- Prayer Vigil
• Regular visits by Priests and Nuns speaking to the students on various subjects



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 3

## 2.0 Historical Background

Canon Law of the Catholic Church compels parents to educate their children in the faith.

Canon Law 793.1 states, "Parents and those who hold their place are bound by the obligation and enjoy the right of educating their children. Catholic parents also have the duty and right of selecting those means and institutes by which, in light of local circumstances, they can better provide for the Catholic education of their children." The Bible also offers directives for parents by commanding them to raise up their children for the glory of God by bringing them up in the nurture and discipline of the Lord. Deuteronomy 6:5-7 states, "Therefore you shall love the Lord your God with all your heart, and with all your soul, and with all your strength. Take to heart these words, which I enjoin on you today. Drill them into your children. Speak of them at home and abroad, whether you are busy or at rest."

We, as Catholic parents, have chosen to educate our children at home not only in the Catholic faith but academically as well. There are many reasons why we choose to embrace this most awesome task. Some common reasons given among Catholic home educators include the protection and preservation of the moral fiber of the family. This often can only be accomplished through home educators where morality and our Faith are at the center of our days. The encyclical *Milatantis Ecclesiae* states, "Let nobody easily persuade himself that piety can be separated from instruction with impunity. Religion must not be taught to youth only during certain hours, but the entire system of education must be permeated with the sense of Christian piety."



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 4

## 3.0 Executive Summary

Regina Caeli Academy is a not-for-profit organization founded in 2001 that provides the community with educational guidance to complete a home-schooled education. Regina Caeli Academy currently teaches students from the fifth grade to the tenth grade and looks to the near future to offer our resources to students from the first grade through the twelfth grade by the 2003 school year.

Regina Caeli Academy strives to be the premier provider of a hybrid education for Catholic home-schooled children in the Atlanta area, and seeks to make this experience affordable and available for all interested participants. A hybrid education is a school that  provides the best of private schooling and home schooling.  It allows children to meet their social needs by attending school two days each week while allowing the family to be the primary educator and home school their children the other three days each week.  Regina Caeli Academy also provides the structure home-schooled children need in order to complete their assignments on a timely manner.

Regina Caeli Academy offers an educational program in which it is the parents who decide which classes they require assistance in teaching.  Students currently receive lessons two days each week, which are then managed by the parents.  Parents can weigh the cost of each subject against their own personal assistance needs. Parents may enroll their child in as many or as few classes as they desire.

Major challenges face Regina Caeli Academy for the future. These include the uncertainties brought on by increasing student enrollment, tax changes, facility and capital requirements, the impact of alternative programs, and volunteer training and educational needs, to name a few. The passage of a "voucher" program, for instance, could dramatically increase the total number of students seeking assistance from our program since the total number of households with additional income available to utilize our program would increase.

The Board of Advisors, staff, and volunteers continue to work toward providing a quality educational experience in the most effective and efficient manner possible with optimism for the future of this exceptional organization.

Regina Caeli Academy offers a unique environment for parents who wish to offer their children the best education they can offer.  Parents will appreciate the reduced educational burden while not suffering the extreme financial burden that private schools offer.  Additionally, parents will know that their child is being taught the Catholic faith in all educational opportunities – Church, the home and school. Regina Caeli Academy is the only school in its class in the State of Georgia and much of the South Eastern United States.  Through the Seton Home Study School's curriculum, our students will receive accreditation, which many Colleges and Universities seek and which allows  eligibility to the Georgia Hope Scholarship Program for attendance at a school within the Georgia University System. The process in place today is after 1-year probation with a B average the expenses will be reimbursed retroactively



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 5

**4.0 Situation Analysis Summary**

The need for home school assistance programs is validated and magnified by information that attributes long-term value to children in these hybrid educational programs.  As will be discussed, studies document the direct value of a home-schooled environment. .

However many parents deciding to homeschool their children are faced with the reality that they may be weak in certain subject areas making it difficult to teach their child in these areas. Additionally parents of large families find it difficult to meet the educational needs of all their children in multiple grade levels. Many of these families have economic restraints preventing their children from attending private schools. Regina Caeli Academy is the answer to the quandary of choices these parents may find themselves in if they do not wish to place their children in the public school system.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 6

## 4.1 Situation Analysis – Home Schooling

Some 1.2 million to 1.7 million children are thought to be participating in home schooling in America. Advocates say it's growing at a rate of 15 percent a year. "We take it very seriously and see it as a reasonable option," says Lee Stetson, dean of admissions at the University of Pennsylvania.[1] "All the evidence we have show(s) that these students perform just as well if not maybe just a little bit better because they've been focused," he says.[2]

Home-schooled children have recently shown themselves to be at the top of their class in many areas. In 2000, the first, second and third places in the National Spelling Bee were all home-schooled children and, although home-schooled children only comprise approximately two percent of the nation's school-age population, approximately 11 percent of the Spelling Bee's participants were home-schooled.[3] The winner of the National Spelling Bee also came in second in the National Geography Bee.

A report from the National Center for Home Education showed that the SAT scores of home-schooled children were on average 67 points above the national average.[4] A recent report from the National Center for Home Education shows those identifying themselves as "home schooled" on their ACT testing applications scored an average of 22.7, compared to the national average of 21.[5] In August of 2000, the ACT Board announced that home schooled students scored higher than public and private school students on the ACT, one of the two premier college entrance examinations used in the U.S.[6]

*The Kiplinger Letter*, published weekly since 1923 providing solid, thorough research and forecasts had this to say about home-schooled children in its August 25, 2000 publication:

> <u>*Homeschooled youths will be a rising share of our workforce*</u>.  *By 2002, the number of home-taught pupils will rise 30%, to around 2 million.  Slew of Internet resources is prompting more parents to choose this option.*  <u>*Good news for employers:*</u> *Those taught at home often score higher on standardized tests and get just as involved in civic, community activities.  More colleges are recruiting them because of their good track records.  Usually taught to be independent thinkers, hard-working and self-motivated*.[7]

In 1999 the National Education Association stated that, "home schooling cannot provide the student with a comprehensive education experience".  Mr. Patrick Basham, a senior fellow at the Cato Institute, decided to test their theory.  He authorized a study performed by the Fraser Institute, an independent public policy organization based in Vancouver, Canada.  The study focused on home-schooled students in North America and was released in early October of 2001.[8]  According to the study's findings:

> *…The typical home-schooled child is more mature, friendly, happy, thoughtful, competent, and better socialized than students in public or private schools.  The study also showed that the home-schooled children were less peer dependent and exhibit "significantly higher" self-esteem.  Additionally, the study found that home-schooled children regularly outperform other students academically.  Overall test scores for home schoolers were between the 75th and 85th percentiles, while public school students scored in the 50th percentile and private school students' scores ranged from the 65th to 75th percentile.  "Almost one quarter of home-schooled students perform one or more grades above their age level peers in public and private schools," said Mr. Basham.  The study cited findings that by Grade 8, the average home-schooled student performs four grade levels above the national average.*



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 7

**4.2 Situation Analysis – Hybrid Education**

With the results out on home-schooled children, why aren't parents turning out in droves to educate their own children?

Many families fail to homeschool their children because they fear being the sole educator. These parents fear that that they may not be able to meet the educational needs of their children and they may thereby prevent them from becoming productive members of society.  Other reasons parents may avoid home schooling is the time constraints involved, the curriculum costs and some parental weaknesses in specific areas of instruction. In large families educating several children in multiple grade levels is a daunting task.

Regina Caeli Academy has the answers.

Regina Caeli Academy offers various classes in academics and cultural arts. Families are able to register for whichever classes they choose. For students enrolled in Regina Caeli Academy curriculum assistance, learning materials, testing and grading are all available. Students also learn time management skills and scheduling techniques, which tend to be a difficulty among home schooling families.

Regina Caeli Academy provides instruction 2 days a week while the parents assist their children to complete their assignments on the remaining 3 days a week. It is designed to assist families in their task of educating their own children. Parents are then expected to comply with the State of Georgia Home Schooling law regarding registration and monthly attendance.

**The key at RCA is continued parental involvement in the child's education.  The parent is in charge – Regina Caeli Academy is there to offer the much-needed support wherever necessary.**

Programs like that offered at Regina Caeli Academy are not new.  Grace Preparatory Academy in Arlington, Texas was founded in 1993 with 186 students.  It now boasts 600 students with 700 more families waiting for an open class in their two-story brick building.  Like Regina Caeli Academy, not only are they able to keep costs down (at approximately $3,000 per year for high school students) but class sizes are considered full at 14 to 16 students.  Kings Academy in Woodstock, Georgia was founded in 1999 and already boasts 228 children and 130 families.  It is forecasted to expand to 270 children and 150 families by its fourth year.

Hybrid programs like Regina Caeli Academy; (1) assist the parent in meeting deadlines, (2) provide accountability, (3) offer the child a classroom experience, (4) are affordable, (5) allow the child to be at home with mom or dad three days out of the week and (6) assist the parent in meeting attendance and testing requirements.  Regina Caeli Academy is rare, however, in that it is specifically designed to assist Catholic families.  After High School, these programs provide the child with a High School Diploma and a transcript similar to that given at private and public schools, which they can then use to enroll in Colleges and Universities.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

## 5.0 Market Summary

Regina Caeli Academy provides valuable scholastic as well as social experiences for the increasing population of home-schooled youth. It is our belief that the population of home-schooled children in the Northern area of Georgia will increase more than the National average of 15% in the near future.  Our area of Georgia enjoys some of the highest growth rates in the United States.  Many of the families transferring to our area are from the North – an area rich in the Catholic Faith.  We believe parents are currently disenchanted with the education public schools offer their children.  Additional frustrations set in due to the almost continuous undermining of the Catholic moral foundation parents are striving to pour for their children.  These facts, linked together, provide fertile ground for rapid growth of Regina Caeli Academy once the public understands who we are and what we do.

**It is our belief that children who begin their school day with the sacrifice of the Catholic Mass begin their day with an exceptional attitude toward learning and their own personal sacrifice, which flows into the classrooms.**

As mentioned in our Situation Analysis, studies indicate vast differences in scholastic and social development of home-schooled children as compared to public and private schooled children.  Our programs currently service students from the fifth grade through the tenth grade with aspirations to offer services from first through twelfth grades in our second year.  Due to the unique teaching environment, linking the loving and nurturing home-school environment from the parents with our program, students in Regina Caeli Academy will simultaneously improve teamwork and leadership skills while receiving their "best of all worlds" education.  Increased self-confidence is just one of the many intangible benefits this program offers.

As seen by the chart below, we expect future participation and growth will stem primarily from current home-schooled children seeking the assistance of our hybrid, best of all worlds educational program.  This growth will be increased due to children currently in the public and private school sectors seeking the educational and social benefits offered through a hybrid home school / private school setting.





**Regina Caeli Academy
Strategic Plan and Key Objective Summary**

Page 9

**5.1 Market Summary - Demographics**

Regina Caeli Academy currently serves the Cherokee/Cobb County areas.  Year 2000 demographics showed the following:[9]

- total population of approximately 750,000
- combined increase in population of approximately 40% from 1999.
- approximately 280,000 households in our serving area
- approximately 40% contain children under the age of 18
- approximately 200,000 children under the age of 18 who pose as potential Regina Caeli Academy participants

We expect enrollment to increase through the middle school years.  Middle School appears to be the leveling off grade since students begin to learn harder subject matter and peer pressure becomes more relevant the closer the student is to the ninth grade.  Enrollment is expected to remain constant from the tenth grade through the twelfth grade since by the tenth grade, most students have enrolled wherever they will spend the remainder of their High School years.  We understand many of the private schools that offer an education through the eighth grade experience decreases in their enrollment after earlier grades.  We do not expect to experience this decrease, since we feel the primary reason for the lower enrollment for the middle school years is attributed to the lack of offering an education for the high school years.  We also understand that sports become more of a priority as students enter High School.  Regina Caeli Academy plans to offer intra-curricular sports by the 2002 academic season and extra-curricular sports by the 2005 academic season.  Regina Caeli Academy currently offers physical education courses to all students.

One of the most typical profiles of families interested in this type of program can be described by the following:
- One parent/guardian works full-time in a traditional "8 to 5" schedule and the other teaches the child(ren) at home.
- Families have more than one child living at home.
- Families are relatively active in their child's life, but feel they have limited time and limited resources.
- Families value the educational training their child receives more than the social experience but look to fulfill both of the child's needs.
- Families looking to provide their child(ren) with a Catholic education.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 10

## 5.2 Market Summary – Market Needs

The initial reasons for Regina Caeli Academy remain constant – general disenchantment with the state of public schools and overly burdensome tuition of private schools.

How bad are things at the public schools?  According to the CATO Institute in its briefing paper #25 from March 26, 1996:[10]

> *The Scholastic Aptitude Test scores for children enrolled in Public Schools fell from 978 to 890 between 1963 and 1980.  In 1972, 2,817 students scored above 750 (our of a possible 800) on the verbal test, and another 116,630 scored above 600.  By 1994 those figures dropped to 1,438 and 79,606, respectively.  Public school systems are severely limited in terms of educational ability and private schools are severely limited in terms of cost and availability – especially after the middle school years.  This despite the fact that since World War II real (inflation-adjusted) spending per student in the public schools has increased about 40 percent per decade, or about doubled every 20 years.*

Many Catholic parents feel the moral and religious foundation they are striving to build for their children is compromised through the public school system.  Yet these families can be served by Regina Caeli Academy's flexible enrollment policy. Keeping in mind that there is not a Catholic High school in West Cobb County, many parents are at a loss wondering where to place their child after 8th grade. Regina Caeli Academy can meet the needs of many of these high school students desiring to pursue a catholic education. A quality Catholic education may be financially out of reach in the current private school market.  Still many others are forced to deal with what to do with their child brought up in a Catholic educational environment once they reach High School.

Passage of a school voucher program could dramatically increase the demand of a program like that offered at Regina Caeli Academy.  The Regina Caeli Academy program is orchestrated to make the educational experience as accessible and affordable as possible to all students.  Due to the gracious involvement of Saint Catherine's Church, Regina Caeli Academy has even been able to forego tuition costs for those families who have found themselves without jobs due to the events on September 11, 2001.  Due to greater parental involvement and the dedication of Saint Catherine's Church, Regina Caeli Academy is far better at adjusting to the needs of families than most other School programs.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 11

## 5.3 Market Summary – Market Trends

The significant market trends are as follows:

- Public schools have been unable to raise test results significantly over the past decade (in fact they have fallen by almost 10% over the past 20 years)
- Diminishing public school support due to a constant undermining of the families moral and religious values.
- Diminishing availability of the private school sector to include greater participation.
- Lack of High School grades offered at many private schools.
- High tuition levels at private schools.
- Heightened awareness of the positive educational experience for home-schooled children as indicated through average test scores of home-schooled children as compared to children in the public school sector as well as the private school sector.
- Heightened awareness of the positive social experience and social skills attributed to home-schooled children, as highlighted in our Situation Analysis.

| Expected Enrollment | | | | | |
|---|---|---|---|---|---|
| School Sector | 2001 School Year | 2002 School Year | 2003 School Year | 2004 School Year | 2005 School Year |
| Public School | 2 | 9 | 16 | 19 | 22 |
| Private School | 2 | 9 | 16 | 19 | 22 |
| Home School | 21 | 49 | 74 | 111 | 167 |
| Total | 25 | 67 | 106 | 149 | 211 |





**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

## 6.0 SWOT Analysis

The following outlines the most significant strengths and weaknesses internal to Regina Caeli Academy, and the opportunities and threats that exist in our environment. Our objective is to leverage our strengths to take advantage of the opportunities our market presents, develop those areas that are weaknesses, and devise contingency plans to address threats if those should become a reality.

Regina Caeli Academy continues to enjoy a positive perception with the participating children and parents. The Academy strives to offer student's both the educational assistance and social experience to help each student become a well-rounded and firmly grounded adult.  There is solid support of the concept and purpose of the organization.  We are aware of the problems inherent in a program that involves both volunteers and hourly-paid teachers. We strive to open expanded markets in the South Georgia area.  We understand that much of the awareness of Regina Caeli Academy will come through word of mouth from within the Catholic Church. Advertising will be placed in parish bulletins, local newspapers and the archdiocesan newspaper to make families aware of this viable education program.



**Regina Caeli Academy
Strategic Plan and Key Objective Summary**

Page 13

**6.1 Strengths**

The following outlines key strengths of the organization:

Catholic curriculum
Regina Caeli Academy begins the school day with the celebration of the Mass.  Catholic teaching is apparent in all classes offered from History to English to Math.  Students will leave Regina Caeli Academy with a firm understanding of what the various elements found within the Catholic Church are – from the priests' vestments to the Holy Eucharist.  Due to the inclusion of perpetual adoration at Saint Catherine's Church, students have even been taught where to turn when our country is in a time of strife and will, prayerfully, turn to the Eucharist throughout their lifetimes as the needs present themselves.

Facilities
Due to the availability of resources at Saint Catherine's Church, our facilities pose as a short-term strength for Regina Caeli Academy.  We are able to expand our student enrollment for our first two years of operation before needing to become completely self-sufficient.  In the meantime, our school has at its disposal resources including a large field, a kitchen (in which a breakfast for the Archbishop was recently held) a gymnasium, and various classrooms for our program to expand and Perpetual Adoration for our children's participation. Priests are available to speak to the students on a regular basis.

Hybrid Schooling
Through Regina Caeli Academy, students will receive quality guidance and education on a subject-by-subject basis. At the same time, students will maintain the loving and nurturing environment that a home-school environment offers.  Parents can pick and choose what subjects they want their children to be enrolled in.  If a parent feels a child is better able to learn a foreign language or musical instrument in the fifth or sixth grade instead of the late middle or even high school grades, that subject will be open to them.  Parents will be relieved to know that they are able to offer their children the best that home-schooling has to offer through Regina Caeli Academy.  Additionally, parents appreciate having an educational program assist in the burden of ensuring their child's educational needs are met through an accredited curriculum.

The Internet
We currently have a website, www.reginacaeliacademy.com.  This website will be a significant technological solution for Regina Caeli Academy in the area of registration, communication, marketing and information delivery in the near future. Through this website, we will have the ability to provide more extensive and current information at reduced costs while reducing the need for printed materials, voice mail communication equipment.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

**6.2 Weaknesses**

Following are the key weaknesses of the organization as well as means to overcome those weaknesses:

<u>Capital Requirements</u>
While Regina Caeli Academy appreciates the assistance offered by Saint Catherine's and the usage of their facilities at no cost to the parents, we recognize that, should these facilities no longer be offered to us, costs may be overly burdensome to parents of home-schooled children whose parents have already sacrificed one parents' job in order to teach their child.  Therefore, and with the assistance of this strategic plan, we will aggressively pursue outside funding.  We understand the first step to receiving this funding is to achieve a tax-exempt status and so will attain such status by the start of the next school season.  Regina Caeli Academy will analyze its financial status and facility availability on a season-by-season basis.  Should this outside funding become unnecessary for a given season, we will offer reduced tuition costs to those parents in most need. It is our goal to provide scholarships to families in need if possible.

<u>Home School Stigma</u>
Many parents still believe that public schools are better for their children due to increased social interaction.  It is our belief that this stigma will be removed in time as more studies are performed vindicating home-schooled children. Children socialized by their parents in a controlled setting while they are still young. These same families will slowly allow their children to experience difficult situations with parental guidance as the child grows in age to maturity

<u>Name/Hybrid Approach Recognition</u>
While Regina Caeli Academy utilizes an accredited curriculum, many other schools do not yet recognize the abilities of children in a Hybrid educational system to flourish.  As a result, schools such as Saint Josephs Catholic School in Marietta, continue to place home-schooled children at the bottom of their list of eligible candidates for their school.  To assess and to overcome this weakness, Regina Caeli Academy will assign a Marketing team.  It will be the responsibility of this team to look for marketing opportunities from Catholic periodicals and newspapers as well as the Marietta Daily Journal. Additionally, shirts, bumper stickers and backpacks will be made up with the Regina Caeli Academy logo to increase name recognition.

<u>Sports Availability</u>
Currently Regina Caeli Academy does not have enough students to field a team to compete against other schools and cannot currently provide students with training in Baseball, Volleyball, Softball or any other sport.  Many scholarships are offered based on scholastic as well as athletic abilities.  Regina Caeli Academy is currently waiting for increased enrollment and hopes to hire a coach and begin offering athletic activities in the not too distant future.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 15

## 6.3 Opportunities

Regina Caeli Academy competes for resources in a community with a high number of not-for-profit organizations per capita. Numerous organizations target personal and corporate dollars to augment other revenue sources. Based on this challenge, Regina Caeli Academy must continue to demonstrate that it successfully offers a meaningful educational experience to its' students, with short and long-term benefits, in a manner that effectively meets community needs. The following summarizes potential opportunities:

Geographic Serving Area Issues
Regina Caeli Academy continues to be the only Catholic educational facility offering a home school/private school hybrid in our area.  Decisions regarding our serving area will impact financial requirements and potentially open new revenue opportunities. This growth strategy must be managed and orchestrated in a manner that will add strength to the program.

Catholic Education Interest
Catholic Schools offer students a top-notch education both in their faith as well as mainstream educational requirements.  Catholic churches are increasing in attendance at an alarming rate in our area of the Southeast, especially for Cobb County.  Private Catholic schools typically take a long time to build and establish and require a significant amount of financial support.  We offer a Catholic education here and now and are fortunate to be able to assist families in our growing Catholic environment.

Community Education
Regina Caeli Academy must continue to tell its story to the community it serves. This message is one that reinforces the philosophy and the purpose for its existence. A well-informed community will bring revenues through donations as well as increased student participation.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 16

### 6.4 Threats

The major challenges Regina Caeli Academy currently face include the following:

<u>Private School</u>
Many parents do not see the incredible advantages the hybrid educational program at Regina Caeli Academy offers its students.  Others do not have the time to dedicate to home schooling their children and so would not be able to utilize a hybrid educational program.  These families could benefit from a full-curriculum Catholic School more than the Regina Caeli Academy hybrid school.  Should Saint Catherine's' choose to donate its facilities to a full-curriculum Catholic School, Regina Caeli Academy would need to look elsewhere for facilities.  This threat increases the need for outside funding since without donated facilities, costs could increase dramatically.  With many of the home schooling families relying on one income so one parent may homeschool t, many may not have the finances to pay for full tuition costs without donated facilities.

<u>Legal and Liability Issues</u>
Regina Caeli Academy continues to be exposed to liability issues in many aspects of the experience it provides. The potential concerns stems primarily from health and safety issues. In an increasingly litigious society, there is always potential for legal action.

<u>The "Elite/Advanced" Sports Dilemma</u>
Providing competitive environments for athletes who seek to be in a competitive arena as a stepping-stone to collegiate sports is in question. The threat of not offering this option is that children with athletic abilities may be drawn away from Regina Caeli Academy by Private Schools.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 17

**7.0 Current Situation – Curriculum**

As stated earlier in this strategic plan, Regina Caeli Academy utilizes the Seton Curriculum, wherever possible due to its accreditation with Colleges.  Each student is given enough material during classes to carry them through the school days at home.  Parents are then expected to assist their children in learning the required material on the days class is not in session.  In this way, parents are still the primary educators of their children.  The teachers at Regina Caeli Academy assists students in following the Seton curriculum, answers questions, grade papers and provide each student with a report card at the end of each quarter.

The following information was taken from the Seton web page, which can be found at www.setonhome.org:

Seton was founded in 1975 by Doctor Anne Carroll as a junior and senior high school in Manassas, Virginia.  It was one of a large number of parent-operated Catholic schools founded around this time.  The Seton Home Study School was founded in 1980 to serve the growing number of families wanting to take courses by correspondence.  The Seton Home Study School currently occupies a 25,000 square foot building and is the largest publisher of Catholic academic textbooks and workbooks for children in the United States.  Seton currently serves an enrollment of approximately 10,000 students, and several thousand more families through book sales and furnishing materials to small Catholic Schools.

Seton is accredited by the Southern Association of Colleges and Schools (SACS) which is a member of the Committee on International and Transregional Accreditation (CITA).  These agencies are recognized as accrediting agencies by the United States Department of Education.  This accreditation means that Seton Home Study School has been inspected by an outside, independent agency that has determined that Seton meets accepted standards for schools.  These standards include standards regarding seriousness of course studies, handling of academic records, accounting practices and business practices.

Accreditation is important for several reasons:
(1) You know that the school has submitted to a detailed inspection by an objective agency.  Besides this inspection, the school is required to follow accepted educational practices established by the accrediting agency.  An accredited school is a bona fide, high quality, educational institution.
(2) It is much easier to transfer credits from an accredited school than a non-accredited school.  A student who receives high school credits from Seton knows that these credits are backed by the prestige of the accrediting agency.
(3) Accreditation is especially important when applying to college.  Credits from an accredited school will likely be viewed as much more important than credits from a non-accredited school.  The reason is simple: colleges know that accredited schools maintain accepted standards.



**Regina Caeli Academy
Strategic Plan and Key Objective Summary**

Page 18

**7.1 Current Situation – Courses**

Currently students are enrolled on a class-by-class basis and may decide to take just one class or all of the classes offered at Regina Caeli Academy.

Regina Caeli Academy currently offers the following classes for the following grades"

- Math – grades 5-10 meeting twice each week - $55 per month
- History – grades 5-10 meeting once each week - $33 per month
- English – grades 5-10 meeting once each week - $33 per month
- General Science (grade 5) meeting once each week - $33 per month
- Physical Science (grade 6) meeting once each week - $33 per month
- Life Science (grade 7) meeting once each week - $33 per month
- Earth Science (grade 8) meeting once each week - $33 per month
- One Professional Development class meeting once each week - $20 per month
- One Spanish class meeting twice each week - $55 per month
- One Double-period Sewing class meeting once each week - $33 per month
-  Physical Education class meeting once each week - $10 or $20 per month based on age
   Physical Education for enrolled students meets twice a week and is provided at no cost
   Porcelain Doll making class $30-45$ for 6 week class

Since courses are currently offered on a course-by-course basis, we do not offer multi-child or multi-course discounts.



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 19

**7.2 Current Situation – Staff**

The Board of Advisors, staff, and volunteers continue to work toward providing a quality educational experience in the most effective and efficient manner possible with optimism for the future of this exceptional organization.

## The Advisory Board

<u>Director</u>
> Annette Hew – Director

<u>Operations Committee</u>

> Michael Wolven – Chairperson
> Richard Beckman
> David Shaffner
> Mark Bryant

<u>Marketing Committee</u>
> Chuck  Norton - Chairperson
> Anne Norton
> Diane Elkins
> Bill Hew
> Don Womick
> Nancy Von Hagel

## The Teachers

Kari Beckman (Professional Development) – Skills Vica advisor for many years.
Teresita Blaza (English and History) – Masters in education, taught for 31 years in the Catholic School System.
Virginia Loggiodice (Spanish) - Masters in psychology and owner of Academy of Languages, Atlanta
Karen Miller (Physical Education) – Part of Jr. Olympic gymnastic team
Pam's Precious Dolls (Advanced Art) – Owner of Pam's Precious Dolls
George Petryk (Biology) – Doctor of Chiropractic and Kinesiology
Virginia Sanok (History) – Certified teacher for many years in Georgia public schools.
Nancy Von Hagel (Math) – Certified match teacher in Ohio
Michele Walliser (Sewing)- Sewing Instructor at various locations in the Atlanta area


Regina Caeli Academy functions out of Saint Catherine's Church in Kennesaw and currently has no overhead for rent and, utilities expense.

Regina Caeli Academy currently serves 39 students in various capacities.

Regina Caeli Academy currently pays its teachers approximately $12.00 per week for each student attending classes twice each week (up to a maximum salary of $323) and $7.50 per week for each student attending classes once each week (up to a maximum monthly salary of $176).



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

Page 20

## 7.3 Current Situation – Finances

| Course | | Grade | Enrollment | Monthly Class Tuition | Monthly Teacher Salary | Monthly Income |
|---|---|---|---|---|---|---|
| English | | 11 | 1 | $    33 | $    33 | $    0 |
| | | 10 | 2 | 66 | 66 | 0 |
| | | 9 | 6 | 198 | 180 | 18 |
| | | 7 | 3 | 99 | 90 | 0 |
| | | 6 | 2 | 66 | 66 | 0 |
| | | 5 | 2 | 66 | 66 | 0 |
| Grammar | | 9 | 4 | 132 | 132 | 0 |
| History | | 7 | 3 | 99 | 90 | 9 |
| | | 6 | 1 | 33 | 33 | 0 |
| | | 5 | 2 | 66 | 66 | 0 |
| Biology | | 10 | 8 | 264 | 240 | 24 |
| | Life | 7 | 3 | 99 | 99 | 0 |
| Algebra I | | 9 | 3 | 165 | 158 | 7 |
| Math | | 7 | 2.5 | 138 | 72 | 66 |
| | | 6 | 1 | 55 | 48 | 7 |
| | | 5 | 2.5 | 138 | 106 | 32 |
| Physical Education | | All Ages | 13 | 260 | 176 | 84 |
| Spanish | | High School | 6 | 330 | 323 | 7 |
| Sewing | | High School | 2 | 66 | 66 | 0 |
| Advanced Art | | High School | 5 | 165 | 140 | 25 |
| **Total** | | | | $  2,538 | $  2,250 | $  288 |

| | | |
|---|---|---|
| Annual Income | $   24,820 | |
| Other Temporary Annual Income | 4,800 | |
| ($30 per month family assessment) | | |
| Total Annual Income | | $   29,620 |
| | | |
| Annual Operating Expenses | | |
| Teacher Salary | $   22,390 | |
| Liability Insurance | 1,000 | |
| Supplies | 4,500 | |
| Total Annual Expenses | | $   27,890 |
| | | |
| Total Net Annual Income | | $    1,730 |



**Regina Caeli Academy**
**Strategic Plan and Key Objective Summary**

## 8.0 Future Situation – Courses and Enrollment

Regina Caeli Academy will be making cost structure and course changes beginning with the 2002 school year.  As mentioned previously, we will be offering classes to students beginning with the first grade extending through the twelfth grade.  We will be offering all required grade-by-grade courses as well as Physical Education, Spanish, Sewing and Advanced Art.

For the first through the fourth grades, students will arrive for the 9:00 A.M. Mass and will be expected to remain in school until 2:30.  Academics classes will be held in the morning and socialization classes i.e. art, language, music, storytelling will be in the afternoon. There will be no classroom changes for these grades and students will be offered the option of enrollment into a bilingual educational program. The fee for grades one through four will be $150 per month for students enrolled in the academics program or socialization. It will be and $230 per month for students enrolled in the regular program and 275 bilingual program.  Students will attend class on Tuesday and Thursday.

Grades five through twelve will be offered the option of enrolling on a class-by-class basis, as is currently the structure at Regina Caeli Academy, or on a full-time basis.  Rates will remain unchanged for the class by class election at  (will be offering 2 day a week classes  $55 per month for classes meeting twice each week.  On this basis, a full-time student would be expected to pay approximately $242 each month for the mixture of classes meeting once and twice each week.  To accommodate these families, parents can elect to enroll their child full-time, which will cost only $210 per month. Students enrolled full-time will arrive at the Church for the 9:00 A.M. Mass, will go directly to class after Mass, and will remain in various classes until the end of the day at 3:00.  Students enrolled full-time will have three elective periods, two of which will be taken up by Spanish, if elected.  Families whose students are enrolled on a class-by-class basis will not receive any multiple-child discounts. Fees for families whose students are enrolled full-time will reduce as follows: $225 per month for the first child, $190 per month for the second child, $175 per month for the third child and $150 per month for any additional children.

Additionally, Regina Caeli Academy will be requiring all parents to serve on a committee.  Committee sign-up forms will be distributed along with registration forms at the beginning of the school year. Regina Caeli Academy will be requiring committees from janitorial or clean up to planning to management and budgeting.  The best way to ensure future parental enrollment and low tuition fees is to ensure the parent-Academy relationship flourishes.

To ensure that children are protected as well as disciplined, Regina Caeli Academy will have a Class monitor for each grade.  This monitor will go wherever that class goes – Mass, Homeroom, English, Lunch, etc. and will assist each teacher, as is necessary.  The monitors will come from the parents as well.  There will be no salaries paid to the monitors; instead there will be no tuition costs for those family's first two children.

Regina Caeli Academy hopes to increase enrollment at our facility through the 2002 academic season so that beginning with the 2003 academic, students will be able to elect Monday and Wednesday or Tuesday and Thursday schedules with Fridays reserved for Physical Education and additional elective classes.  This will enable Regina Caeli Academy to higher teachers on a full-time basis while also increasing our student base.



9.1 Future Situation – Finances

## 9.0 Marketing Objectives

The objective is to provide this valuable education to as many children as possible in a positive and supportive manner. A positive, constructive and meaningful experience is the sought-after result of Regina Caeli Academy. The educational and social experiences from Regina Caeli Academy may assist individuals to better understand the necessary skills that life demands and empower them to realize the choices and options available to them.

Keys to Success
- Market the Regina Caeli Academy name.  At the beginning of each year, Cobb County holds home school conferences for the purchase of curriculums, study manuals and textbooks.  This would be a perfect opportunity to market the Regina Caeli Academy name.
- Market the Regina Caeli Academy name through t-shirts and bumper stickers.
- Increase fund raising activities
- Obtain outside funding through private and corporate contributors
- Identify additional facilities to support future growth, reduce facility risks and offer greater flexibility in scheduling.
- Establish a four-day a week schedule in order to attract teachers seeking a full-time occupation.

  - Market Regina Caeli Academy by hosting info nights at local churches and man information booths after Masses.
  - Get priests to provide Regina Caeli Academy with spiritual support of its students and families thru visits, lectures, special masses and confessions.
  - Get prayer warriors to pray for the school and its families.

# Regina Caeli Academy Code of Conduct & Procedures and Policies

## <u>Code of Conduct</u>

*RCA strives at all times for a Christ-like attitude among its faculty, students and parents.  We are called to be the light of the world and live by witness of charity.*

### Student conduct

- Be respectful of adults and other students at all times.
- No running or rough play will be allowed at any time.
- No profanity will be tolerated.
- No radios, CD players, tape players, tapes, pagers, cell phones, electronic games etc. allowed unless prior permission from the administer is obtained.
- No public displays of affection such as handholding, kissing etc., will be permitted.
- No gum chewing.
- No tobacco products, illicit drugs, alcohol or weapons permitted on the premises. If found, this will result in immediate expulsion from RCA.
- If students are between scheduled classes, they student must go to the study hall.  All students on campus must remain in study hall if they are not in a specific RCA class. No students may be unsupervised on campus.
- Bring completed assignments to class.
- Bring requested supplies to Class.
- Facilities will be kept clean and orderly.

### Dress code and personal presentation

- **Students must keep their shirts tucked in at all times!**
- Clothes should be neat and clean.
- Hair should be kept well groomed and clean. Bizarre hair colors or styles will not be permitted.
- Boys may not wear earrings or any other pierced jewelry.
- No body piercing of any sort  other than earrings for girls.

Uniforms  (uniforms must be worn at all times unless specified by RCA administration)

Grades K-6
- Girls: Navy skort & yellow or white Peter Pan shirt, navy trouser socks or tights and close toe black dress shoes.

- Boys: Navy blue pants; white or yellow dress shirt & navy tie or yellow or white polo. Navy socks and black dress shoes

Grades 7 -12
- Girls: Kaki kick pleat skirt & white dress shirt (per uniform) white trouser socks or white tights and black close toe dress shoes with low-med heel
- Boys: Kaki pants & white dress shirt with navy tie or white or green polo shirt. Navy socks, black dress shoes, navy or black belt

**Discipline procedures**

When a student displays inappropriate behavior as defined by this document, the following steps will be employed:

- The staff member will explain the problem and request that the student correct the behavior.
- If the behavior continues, the Administrator will be made aware of the situation and the parent will be notified with verbal and/or written communication.
- In the event that this does not resolve the issue, the Administrator will meet with the parent and in some cases the student.
- If the problem continues, the student will be withdrawn from RCA.

**Staff and parent responsibility and conduct**

Parental responsibility:

- Make sure that their student is ready for their classes.
- Will be an example to RCA students in terms of conduct.
- Adhere to the RCA proper chain of command.
- Have their children at school/Mass on time.
- Adhere to the Staff dress code when at RCA.
- May not disrupt class except in the case of an emergency.
- Must have emergency cards and allergy alerts cards filed with the RCA office.
- Parents must register with their county as home schoolers and sign RCA home school disclosure form.

**Staff Dress Code**

- All parents on campus must follow the staff dress code
- Please keep name badge on at all times.
- No shorts or jeans during regular school hours
- No sleeveless shirts or low cut tops.
- No skirts above the knee

- All staff must wear dress shoes

**Conflict Resolution**

Any issue concerning Regina Caeli Academy should be directed toward the proper department. **Please do not take any RCA issues to the church staff or Priest**. RCA is an independent program separate from St. Patrick's and will handle all issues within our organization. Please direct departmental issues as follows:
- Student conduct- Administrator
- Parent conduct - Administrator
- Curriculum - Curriculum coordinator
- Facility concerns - Facilities Coordinator
- Teacher concerns - Please always approach the teacher first, then if needed address the Administrator
- Mother of Divine Grace issues - MODG Consultant

If parents experience an issue with a staff member or assignment, they are asked to first approach the staff member and explain the issue and provide the staff member the opportunity for resolution. If the problem is not resolved to the parents' satisfaction the school Administrator will meet with the people inolved to mediate a resolution.

**RCA procedure for guests**

- All guests must be approved by the RCA administration.
- When a Priest or guest enters the room the students must stand and greet them.
- Students and staff must always treat guests with Charity - always remembering to say thank you.

*At RCA we strive for Charity in all we do. If you have any concerns please follow scriptural guidelines and go to the person that it involves - bringing a second witness if necessary. Negativity can be contagious; we must stay positive and be good role models for all of those who seek Christ!*

Please print family name: _____

_____          _____
Signature                                                                    Date received and read