# EXHIBIT 2

# WindStar EmbroideryDesigns

Sign In    ✉ Contact Us

Design Search: Enter keywords or product ID    🔍 SEARCH

**Info & Help**    **Customer Projects**    **Popular Categories**    **All Categories**

**New Designs**

## Symbol of the Blessed Virgin #2



This is a lovely monogram and symbol of the Blessed Virgin.
- This design is available for the 4" x 4", 5" x 7", and 7.75" x 11.75" hoops.
- The sewn out size for the 4" x 4" hoop is 3.49" W x 3.82" H with 8,471 stitches.
- The sewn out size for the 5" x 7" hoop is 4.59" W x 5.04" H with 14,418 stitches.
- The sewn out size for the 7.75" x 11.75" hoop is 7.06" W x 7.76" H with 32,281 stitches.
- This design has 1 thread color.

You must have an embroidery machine to utilize our machine embroidery designs. We sell machine embroidery designs as electronic media (software) only. We do not sell embroidered "patches" or hard copy patterns.

- Instant Download!
- Thread chart included
- Product ID: 3868
- Price: **$10.00**
(Convert Currency)

* FORMAT:

[ Select machine format ▾ ]

* HOOP SIZE:

[ Select machine format first ▾ ]

🛒 **ADD TO CART**

CREATE YOUR WISHLIST

You may also be interested in:






# The Latin Mass Society
Promoting Traditional Roman Catholic Liturgy in the Diocese of Wrexham

| HOME | NEWS BLOG | ABOUT THE TRADITIONAL MASS | WREXHAM DIOCESE | LMS SHOP | LINKS |

## The Assumption of the Blessed Virgin Mary
15/8/2014                                                                  0 Comments







*Oremus pro Pontifice nostro Francisco: Dominus conservet eum, et vivificet eum, et beatum faciat eum in terra, et non tradat eum in animam inimicorum eius.*



*Beátam me dicent omnes generatiónes,
quia fecit mihi magna qui potens est.*

Mary was cared for by St John for twelve years after Our Lord's Resurrection. Her life was spent helping the Apostles and in praying for the conversion of the world.



*Omnipotens sempiterne Deus,*



Pre-Christmas Sale
50% off selected quick-ship chasubles & 30% off selected stoles

# Hosanna
VESTMENTS & ALTAR LINENS (/)

*Handmade by your ecclesiastical seamstress Patricia Cholasta. Customized to your style, budget & size.*

Home (/)

Vestments (/vestment)
Altar Cloths & Linens (/altar-linens)
Church Altar Paraments (/church-altar-paraments)
Altar Lace (/altar-linen-embroidered-laces)
Chalice Palls (/chalicepalls)
Stoles (/stoles)
Miscellany Church Supplies (/miscellanychurchsupplies)
Old To New (/old-to-new)
About (/about-hosanna-vestments)
Contact Me (/contact-me-hosanna-vestments)
FAQ (/resources-2)

Cart (0) (/cart)



# MARY'S CHURCH
n Wye

HOME  ABOUT  WORSHIP  MUSIC  EVENTS  NEWS & COMMENTS  LINK
CHRISTINA ICONS  GALLERY  CALENDAR OF SERVICES  FR. RICHARD'S LETTE
AN ACT OF SPIRITUAL COMMUNION  THE ANGELU



## story

ary's Church

on-Wye

Church was separated from the ancient parish of Llanigon in
t 1115 A.D. At that time the manorial tithes were bequeathed
: Church by the then Lord of the Manor, Walter Revel. A
cription of the original deed of endowment is preserved in the
ian Library at Oxford. A translation is shown on the
iwest corner of the nave. The list of vicars and patrons of
Church are shown in the same frame. Recent research for
History of Hay' has corrected, and added to, the list given in
philus Jones's 'History of Brecknockshire'.



as customary, the church was built close to the castle, which
it time was on the mound just east of the church. The present castle and town walls were not built until later,
i accounts for the church being outside the town walls.

ly after the foundation, the rectorial tithes were transferred to the Priory of St. John, Brecon, in return for which
rior was supposed to provide a resident Priest from his community. The arrangement was not very satisfactory.
15 the Lateran Council decreed that the Parish Priests were to be the responsibility of the Bishop, in the case
y this was then the Bishop of St. David's.

after there is little precise information about the church until Puritan times when the vicar, Thomas Dennis,
ejected solely because he was a Royalist. The church was left unattended for eight years until just before the
oration when John Dennis was appointed, only to be almost immediately ejected in his turn by the Royalists. In
ost Reformation Period Hay suffered, as did many other parishes throughout the Kingdom, from absentee
s and it was not until 1845 than an active resident vicar was appointed.

g the period from about 1662, the vicarage was in general, either held jointly with the rectories of Llanelieu
Talgarth) or Cusop (the neighbouring English rectory), or else the appointed vicar lived away from the parish,
inting a resident curate to do his work in Hay. As a result, both the state of the parish and the fabric of the
:h deteriorated seriously. In fact, in 1827 the church wardens were summoned to appear before the Consistory
: at Brecon to answer for their neglect of duties!



osition was aggravated by the systems of proprietary pews which had grown up. These pews were the
ute property of their owners and no one else could use or occupy them whether or not the proprietors wished
them. Three quarters of the seats in Hay Church came under this heading, leaving only just over a hundred
available as free sittings.