# EXHIBIT A



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
Heritage Plaza
1111 Bagby Street, Suite 2100
Houston, TX 77002
T:(346) 646-6670  F:(346) 241-3758
nelsonmullins.com

David M. Medina PARTNER
Texas Supreme Court Justice (Ret.)
T: (346) 646-5441
david.medina@nelsonmullins.com

April 10, 2025

**<u>Via Email</u>**

Tyler P. Bishop
Baker Donelson
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
tbishop@bakerdonelson.com

RE:   Beckman

Dear Mr. Bishop:

  I write to inform you that the Beckmans have retained new counsel, effective immediately. We understand that their new attorney is based in Atlanta and will be filing a notice of appearance shortly.

  In light of this development, and given the timing of the substitution, the Beckmans respectfully request a brief extension to supplement their discovery responses.

  Thank you for being a pleasure to work with throughout this matter. We appreciate your professionalism and collegiality.

Best Regards,

*David M. Medina*

David M. Medina

cc:
Steven Press
spress@bakerdonelson.com