# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **CIVIL ACTION NO.**<br>) **1:23-CV-06000-SEG**<br>) |
| **REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY,** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

## CERTIFICATE OF CONSENT TO WITHDRAW AND SUBSTITUTE COUNSEL FOR PLAINTIFFS RICHARD IRVING BECKMAN AND KARI ANN BECKMAN

Pursuant to Local Rule 83.1(E)(3), the undersigned counsel, with express consent of Plaintiffs Richard Irving Beckman and Kari Ann Beckman, hereby file this Certificate of Consent to request that this Court withdraw the appearance of Juan F. Vasquez, Jr., David M. Medina, Stuart H. Clements, and Peter L. Munk of the law firm Nelson Mullins Riley & Scarborough LLP. Plaintiffs will be substituted and continue to be represented in this matter by counsel from Hasson Law Group, LLP, including attorneys Keith S. Hasson, Max S. Franco, and J. Tanner Lusk, who filed their Amended Notice of Substitution of Counsel on April 25, 2025. Plaintiffs

have been advised of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H) and provide their consent with full knowledge of the same.

    This 1st day of May, 2025

4860-4268-5682 v.5
4897-3854-9309 v.1

WITHDRAWING ATTORNEYS:

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Juan F. Vasquez, Jr.*
**Juan F. Vasquez, jr.**
Admitted *Pro Hac Vice*
1111 Bagby Street, Suite 2100
Houston, Texas 77002
(346) 646-6670 (Phone)
(404) 346-241-3758 (Fax)
juan.vasquez@nelsonmullins.com

*/s/ David M. Medina*
**David M. Medina**
Admitted *Pro Hac Vice*
1111 Bagby Street, Suite 2100
Houston, Texas 77002
(346) 646-6670 (Phone)
(404) 346-241-3758 (Fax)
david.medina@nelsonmullins.com

*/s/ Stuart H. Clements*
**Stuart H. Clements**
Admitted *Pro Hac Vice*
1111 Bagby Street, Suite 2100
Houston, Texas 77002
(346) 646-6670 (Phone)
(404) 346-241-3758 (Fax)
stuart.clements@nelsonmullins.com

*/s/ Peter L. Munk*
**Peter L. Munk**
Georgia Bar No. 451809
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
peter.munk@nelsonmullins.com

| INCOMING COUNSEL FOR PLAINTIFFS: | CONSENTED TO BY: |
|---|---|
| **HASSON LAW GROUP, LLP** | */s/Richard Irving Beckman and Kari Ann Beckman* |
| /s/ *Keith S. Hasson (by permission)* <br> Keith S. Hasson <br> Georgia Bar. No. 336383 <br> keith@hassonlawgroup.com <br> Max S. Franco <br> Georgia Bar No. 355592 <br> max@hassonlawgroup.com <br> J. Tanner Lusk <br> Georgia Bar No. 496782 <br> tanner@hassonlawgroup.com <br> 3379 Peachtree Road NE Suite 625 <br> Atlanta, Georgia 30326 | **Richard Irving Beckman and Kari Ann Beckman** |

## **LOCAL RULE 7.1D CERTIFICATION**

The undersigned certifies that the foregoing was prepared in Times New Roman 14 point font, which is one of the font and point selections approved by the Court under Local Rule 5.1B.

This 1st day of May, 2025.

                                      */s/ Stuart H. Clements*
                                      **Stuart H. Clements**
                                      NELSON MULLINS RILEY &
                                      SCARBOROUGH LLP
                                      1111 Bagby Street, Suite 2100
                                      Houston, Texas 77002
                                      (346) 646-6670 (Phone)
                                      (404) 346-241-3758 (Fax)
                                      stuart.clements@nelsonmullins.com

                                      *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 1st day of May, 2025.

                                  */s/ Stuart H. Clements*
                                  **Stuart H. Clements**
                                  NELSON MULLINS RILEY & SCARBOROUGH LLP
                                  1111 Bagby Street, Suite 2100
                                  Houston, Texas 77002
                                  (346) 646-6670 (Phone)
                                  (404) 346-241-3758 (Fax)
                                  stuart.clements@nelsonmullins.com

                                  *Counsel for Plaintiffs*