UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND ) <br> KARI ANN BECKMAN, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REGINA CAELI, INC. a/k/a ) <br> REGINA CAELI ACADEMY, ) <br> ) <br>    Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 2:23-CV-00034 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

**COME NOW**, **RICHARD IRVING BECKMAN** ("Rich") and **KARI ANN BECKMAN** ("Kari") (collectively, the "Beckmans" and "Plaintiffs"), and respectfully move this Court for leave to file the Third Amended Complaint, attached hereto as Exhibit A, pursuant to Federal Rule of Civil Procedure 15(a)(2).

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint, Plaintiffs respectfully request that the Court grant leave to file the Third Amended Complaint, as it will clarify the issues in dispute and will not result in any undue prejudice to Defendant Regina Caeli Academy.

This 18th day of June, 2025,

        Respectfully submitted,

        **HASSON LAW GROUP, LLP**

        <u>*/s/Keith S. Hasson*</u>
        Keith S. Hasson
        Georgia Bar No. 336383
        Max S. Franco
        Georgia Bar No. 355592
        J. Tanner Lusk
        Georgia Bar No. 496782

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

3.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that the foregoing has been prepared in 14-point Times New Roman font, as required by Local Rule 5.1(C) for the Northern District of Georgia. The foregoing has also been prepared in compliance with the margin specifications of such Rules.

Respectfully submitted, this 18th day of June, 2025.

                                       Respectfully submitted,

                                       **HASSON LAW GROUP, LLP**

                                       ***/s/Keith S. Hasson***
                                       Keith S. Hasson
                                       Georgia Bar No. 336383
                                       Max S. Franco
                                       Georgia Bar No. 355592
                                       J. Tanner Lusk
                                       Georgia Bar No. 496782

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed the within and foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following counsel of record:

Steven Ryan Press
Tyler Bishop
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA 30326
spress@bakerdonelson.com
tbishop@bakerdonelson.com

This 18th day of June, 2025.

                                          HASSON LAW GROUP, LLP

                                        /s/Keith S. Hasson
                                        Keith S. Hasson
                                        Georgia Bar No. 336383
                                        Max S. Franco
                                        Georgia Bar No. 355592
                                        J. Tanner Lusk
                                        Georgia Bar No. 496782

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com

max@hassonlawgroup.com
tanner@hassonlawgroup.com

5.