UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,<br><br>Plaintiffs,<br><br>v.<br><br>REGINA CAELI, INC. A/K/A REGINA CAELI ACADEMY,<br><br>Defendant. | CIVIL ACTION NO.<br>1:23-CV-6000-SEG |

### O R D E R

This matter is before the Court on Defendant Regina Caeli, Inc.'s ("RCA") reply in support of its motion to extend discovery. (Doc. 119.) On May 5th, 2025, the Court prematurely entered an order granting in part and denying in part RCA's motion to extend discovery before RCA's time to file a reply had elapsed. (Doc. 118.) RCA has now timely filed a reply in support of its motion. (Doc. 119.) After consideration of RCA's reply brief, the Court again finds that a four-month extension of fact discovery followed by a two-month period of expert discovery is appropriate. Accordingly, the Court reenters the deadlines set forth in its previous order:

2

| Date: | Case Schedule Deadline: |
|---|---|
| September 5, 2025 | Close of Fact Discovery |
| October 3, 2025 | Expert Witness Disclosures |
| October 17, 2025 | Rebuttal Expert Witness Disclosures |
| November 7, 2025 | Expert Depositions; Close of Expert Discovery |
| December 8, 2025 | Dispositive Motions and *Daubert* Motions Regarding Expert Testimony |

**SO ORDERED**, this 20th day of June, 2025.

_____
SARAH E. GERAGHTY
United States District Judge