IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN ) <br> AND KARI ANN BECKMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REGINA CAELI, INC. a/k/a ) <br> REGINA CAELI ACADEMY, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:23-CV-06000-SEG |

## RULE 5.4 CERTIFICATE OF SERVICE

Plaintiffs Richard Beckman and KariAnn Beckman, by and through their undersigned counsel, hereby certify that on August 8, 2025, they served copies of the **NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, **NOTICE OF DEPOSITION OF NICOLE JUBA**, and **NOTICE OF DEPOSITION OF FATHER AUGUSTINE TRAN** via email and First-Class U.S. mail upon the following:

*Steven R. Press*
*Tyler Bishop*
***BAKER DONELSON***
*3414 Peachtree Road, N.E., Suite 1500*
*Atlanta, Georgia 30326*
*spress@bakerdonelson.com*

*tbishop@bakerdonelson.com*

       **HASSON LAW GROUP, LLP**

       */s/ Keith S. Hasson*
       Keith S. Hasson
       Georgia Bar No. 336383
       Max S. Franco
       Georgia Bar No. 355592
       J. Tanner Lusk
       Georgia Bar No. 496782

       *Counsel for the Plaintiffs*

3379 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 8th of August 2025.

**HASSON LAW GROUP, LLP**

*/s/ Keith S. Hasson*
Keith S. Hasson
Georgia Bar No. 336383
Max S. Franco
Georgia Bar No. 355592
J. Tanner Lusk
Georgia Bar No. 496782

*Counsel for the Plaintiffs*

3379 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of **Rule 5.4 Certificate of Service** was served via the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to all counsel of record upon the following:

*Steven R. Press*
*Tyler Bishop*
***BAKER DONELSON***
*3414 Peachtree Road, N.E., Suite 1500*
*Atlanta, Georgia 30326*
*spress@bakerdonelson.com*
*tbishop@bakerdonelson.com*

*Counsel for Defendant Regina Caeli, Inc.,*
*a/k/a Regina Caeli Academy*

Respectfully submitted this 8th of August 2025.

**HASSON LAW GROUP, LLP**

*/s/ Keith S. Hasson*
Keith S. Hasson
Georgia Bar No. 336383
Max S. Franco
Georgia Bar No. 355592
J. Tanner Lusk
Georgia Bar No. 496782

***Counsel for the Plaintiffs***

3379 Peachtree Road, N.E.
Suite 625

Atlanta, GA 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com