IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN, ) ) ) Plaintiffs, ) ) v. ) ) REGINA CAELI, INC. a/k/a ) REGINA CAELI ACADEMY, ) ) Defendant. ) | CIVIL ACTION NO. 1:23-CV-06000-SEG |

## DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE

Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy by and through its undersigned counsel, hereby certifies that on September 3, 2025, it served a copy of AMENDED NOTICE OF DEPOSITION OF KARI A. BECKMAN and AMENDED NOTICE OF DEPOSITION OF RICHARD I. BECKMAN via email and First-Class US mail upon the following:

Hasson Law Group, LLP
Keith S. Hasson
Max S. Franco
Tanner H. Lusk
3379 Peachtree Rd NW, Suite 625
Atlanta, GA 30326
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

Respectfully submitted this 3rd of September 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

<u>/s/ Steven R. Press</u>
Steven R. Press
Georgia Bar No. 587199
Tyler Bishop
Georgia Bar No. 566705
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA 30326
Phone: (404) 577-6000
spress@bakerdonelson.com
tbishop@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 3rd of September 2025.

                                              **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

                                              */s/ Steven R. Press*
                                              Steven R. Press
                                              Georgia Bar No. 587199
                                              spress@bakerdonelson.com

                                              *Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of **Defendant's Rule 5.4 Certificate of Service** was served via the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to all counsel of record upon the following:

Hasson Law Group, LLP
Keith S. Hasson
Max S. Franco
Tanner H. Lusk
3379 Peachtree Rd NW, Suite 625
Atlanta, GA 30326
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

Respectfully submitted this 3rd of September 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*