# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN, ) ) ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:23-CV-06000-SEG |
| ) | |
| REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY, ) ) ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO SERVE SUBPOENA

NOTICE IS HEREBY GIVEN pursuant to Fed. R. Civ. P. 45 that Defendant Regina Caeli, Inc. ("Defendant" or "RCA") intends to serve the below listed subpoena upon the following non-party witness on or after September 5, 2025:

1. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued to Jim Graham;

A true and correct copy of the Subpoena is attached hereto as Exhibit A.

Respectfully submitted this 5th of September 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
Tyler P. Bishop
Georgia Bar No. 566705
3414 Peachtree Road, NE, Suite 1500

Atlanta, GA 30326
Phone: (404) 577-6000
spress@bakerdonelson.com
tbishop@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing *Notice of Intent to Serve Non-Party Subpoena* upon all counsel of record by way of the court's CM/ECF e-filing system.

Respectfully submitted this 5th day of September, 2025.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199

*Counsel for Defendant*