UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN, ) <br> and KARI ANN BECKMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> REGINA CAELI, INC., a/k/a ) <br> REGINA CAELI ACADEMY, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:23-cv-06000-SEG |

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.4(A) OF PLAINTIFFS' NOTICES OF DEPOSITIONS**

**COME NOW** the Plaintiffs, **RICHARD IRVING BECKMAN and KARI ANN BECKMAN,** pursuant to Local Rule 5.4(A), and certifies that, on September 11, 2025, Plaintiffs provided the Defendant with the following:

- Plaintiffs' Amended Notice of Deposition for Father Augustine Tran;
- Plaintiffs' Amended Notice of Deposition for Nicole Juba;
- Plaintiffs' Amended 30(b)6 Notice of Deposition for the Defendant; and
- Plaintiffs' 30(b)(6) Notice of Deposition for Mauldin & Jenkins, LLC.

This 12th day of September, 2025.

        Respectfully submitted,

        **HASSON LAW GROUP, LLP**

        */s/ Keith S. Hasson*_____
        Keith S. Hasson
        Georgia Bar No. 336383
        Max S. Franco
        Georgia Bar No. 355592
        J. Tanner H. Lusk
        Georgia Bar No. 496782

        *Counsel for the Plaintiffs*

3379 Peachtree Road, N.E.
Suite 625
Atlanta, Georgia 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

2.

3.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing *Certificate of Service Pursuant to Local Rule 5.4(A) of Plaintiffs' Notices of Depositions* has been prepared in Times New Roman 14, a font and type selection approved by the Court in Local Rule 5.1(B).

This 12th day of September, 2025.

                                              Respectfully submitted,

                                              **HASSON LAW GROUP, LLP**

                                              ***/s/ Keith S. Hasson*_____**
                                              Keith S. Hasson
                                              Georgia Bar No. 336383
                                              Max S. Franco
                                              Georgia Bar No. 355592
                                              J. Tanner H. Lusk
                                              Georgia Bar No. 496782

                                              *Counsel for the Plaintiffs*

3379 Peachtree Road, N.E.
Suite 625
Atlanta, Georgia 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within and foregoing Certificate of Service was served via the Court's electronic notice system on counsel for the Plaintiffs, as listed on the service list:

*Steven R. Press*
***BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C***
*3414 Peachtree Road, NE, Suite 1500*
*Atlanta, GA 30326*

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

Counsel for the Defendants have also been provided with a courtesy copy by electronic mail.

This 12th day of September, 2025.

                                                **HASSON LAW GROUP, LLP**

                                                */s/ Keith S. Hasson*_____
Keith S. Hasson
Georgia Bar No. 336383
Max S. Franco
Georgia Bar No. 355592
J. Tanner H. Lusk
Georgia Bar No. 496782

***Counsel for the Plaintiffs***

3379 Peachtree Road, N.E.
Suite 625
Atlanta, Georgia 30326
Telephone: 678-701-2869
keith@hassonlawgroup.com

5.

max@hassonlawgroup.com
tanner@hassonlawgroup.com

5.