# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD IRVING BECKMAN AND KARI ANN BECKMAN, ) ) ) Plaintiffs, ) ) ) v. ) ) REGINA CAELI, INC. a/k/a ) REGINA CAELI ACADEMY, ) ) Defendant. ) | CIVIL ACTION NO. 1:23-CV-06000-SEG |

## DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA

NOTICE IS HEREBY GIVEN pursuant to Fed. R. Civ. P. 45 that Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy, by and through counsel, intends to serve the below listed subpoena upon the following non-party witness on or after October 7, 2025:

1. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued to Appraisal Associates a/k/a Tyler Appraisal Associates.

A true and correct copy of the Subpoenas is attached hereto as Exhibit 1.

Respectfully submitted, this 7th day of October 2025.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199

Tyler Bishop
Georgia Bar No. 566705
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA 30326
Phone: (404) 577-6000
spress@bakerdonelson.com
tbishop@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of **Defendant's Notice of Intent to Serve Subpoena** was served via the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to all counsel of record upon the following:

Hasson Law Group, LLP
Keith S. Hasson
Max S. Franco
Tanner H. Lusk
3379 Peachtree Rd NW, Suite 625
Atlanta, GA 30326
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

Respectfully submitted this 7th of October 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

<u>/s/ Steven R. Press</u>
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

3