**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RICHARD IRVING BECKMAN** | ) | |
| **AND KARI ANN BECKMAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **1:23-CV-06000-SEG** |
| | ) | |
| **REGINA CAELI, INC. a/k/a** | ) | |
| **REGINA CAELI ACADEMY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PROCEEDINGS TO FINALIZE SETTLEMENT**

Plaintiffs Richard Irving Beckman and Kari Ann Beckman ("Plaintiffs") and

Defendant Regina Caeli, Inc. a/k/a Regina Caeli Academy ("RCA") (together with

Plaintiffs, the "Parties") hereby file this Joint Motion to Stay proceedings in the

above-captioned matter to finalize settlement of this action.

The Parties hereby notify the Court that the Parties have reached a settlement

in principle and are in the process of drafting and executing the agreement. However,

more time is needed to gather the required assignments of intellectual property and

signatures.

Therefore, the Parties respectfully request the Court extend the deadline to file

summary judgment two weeks, through and including March 23, 2026 to facilitate

finalization of the settlement and allow the Parties to file a dismissal or update the

1

Court that more time is needed. A proposed order granting this relief is attached hereto.

Respectfully submitted, this 6th day of March, 2026.

**HASSON LAW GROUP, LLP**

*/s/ Tanner Lusk (signed by S. Press with express permission)*
Keith S. Hasson
Georgia Bar No. 336383
Max S. Franco
Georgia Bar No. 355592
J. Tanner Lusk
Georgia Bar No. 496782
3379 Peachtree Rd., NE, Suite 625
Atlanta, GA 30326
Phone: (678) 701-2869
keith@hassonlawgroup.com
max@hassonlawgroup.com
tanner@hassonlawgroup.com

*Counsel for Plaintiffs*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
Tyler Bishop
Georgia Bar No. 566705
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA 30326
Phone: (404) 577-6000
spress@bakerdonelson.com
tbishop@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 6th day of March 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy*

3

## <u>CERTIFICATE OF SERVICE</u>

This will certify service of a copy of the foregoing was filed and served via the

CM/ECF online filing system with the U.S. District Court for the Northern District of

Georgia, which will automatically send email notification to all counsel of record.

Respectfully submitted this 6th day of March 2026.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven R. Press*
Steven R. Press
Georgia Bar No. 587199
spress@bakerdonelson.com

*Counsel for Defendant Regina Caeli, Inc.,
a/k/a Regina Caeli Academy*