# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RICHARD IRVING BECKMAN
AND KARI ANN BECKMAN,

    Plaintiffs,

v.

REGINA CAELI, INC. a/k/a
REGINA CAELI ACADEMY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.
1:23-CV-06000-SEG**

## JOINT STATEMENT REGARDING STATUS OF SETTLEMENT AND SECOND JOINT REQUEST TO EXTEND STAY OF DEADLINES TO FINALIZE SETTLEMENT

Pursuant to the Court's Order Granting the Parties' Motion To Stay Proceedings to Finalize Settlement [Doc. 148], Plaintiffs Richard Irving Beckman and Kari Ann Beckman ("Plaintiffs") and Defendant/Counterclaim-Plaintiff Regina Caeli, Inc. a/k/a Regina Caeli Academy ("Defendant") (together with Plaintiff, the "Parties") hereby file this Joint Statement Regarding Status of Settlement notifying the Court that the Parties have drafted and circulated a written settlement agreement, however, more time is needed to finalize and gather the required signatures. The Parties do not anticipate any impasse.

Therefore, the Parties respectfully request the Court extend the stay until April

6, 2026, to facilitate finalization of the settlement and allow the Parties to file a dismissal. A proposed order granting this relief is attached hereto as <u>Exhibit "A</u>."

Respectfully submitted this 23rd day of March 2026.

| **HASSON LAW GROUP, LLP** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|---|---|
| */s/ Keith Hasson*_____ | */s/ Steven R. Press*_____ |
| Keith S. Hasson | Steven R. Press |
| Georgia Bar No. 336383 | Georgia Bar No. 587199 |
| J. Tanner Lusk | Tyler Bishop |
| Georgia Bar No. 496782 | Georgia Bar No. 566705 |
| 3379 Peachtree Rd., NE, Suite 625 | 3414 Peachtree Road, NE, Suite 1500 |
| Atlanta, GA 30326 | Atlanta, GA 30326 |
| Phone: (678) 701-2869 | Phone: (404) 577-6000 |
| *keith@hassonlawgroup.com* | *spress@bakerdonelson.com* |
| *tanner@hassonlawgroup.com* | *tbishop@bakerdonelson.com* |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Regina Caeli, Inc., a/k/a Regina Caeli Academy* |

2

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)</u>**

I hereby certify that the foregoing has been prepared in 14-point Times New Roman font, as required by Local Rule 5.1(C) for the Northern District of Georgia. The foregoing has also been prepared in compliance with the margin specifications of such Rules.

Respectfully submitted, this 23rd day of March 2026.

**HASSON LAW GROUP, LLP**

**/s/Keith S. Hasson**_____
Keith S. Hasson
Ga. Bar No. 336383
J. Tanner Lusk
Ga. Bar No. 496782

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Tel: (678) 701-2869
*keith@hassonlawgroup.com*
*tanner@hassonlawgroup.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23rd, 2026, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following counsel of record:

Steven Ryan Press
Tyler Bishop
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA 30326
spress@bakerdonelson.com
tbishop@bakerdonelson.com

This 23rd day of March 2026.

**HASSON LAW GROUP, LLP**

*/s/Keith S. Hasson*
Keith S. Hasson
Ga. Bar No. 336383
J. Tanner Lusk
Ga. Bar No. 496782

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Tel: (678) 701-2869
*keith@hassonlawgroup.com*
*tanner@hassonlawgroup.com*