**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **RICHARD IRVING BECKMAN AND KARI ANN BECKMAN,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CIVIL ACTION NO. 1:23-CV-06000-SEG** |
| **REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY,** ) ) ) ) | |
| **Defendant.** ) _____ ) | |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

**COME NOW** the Plaintiffs, **RICHARD IRVING BECKMAN** and **KARI ANN BECKMAN**, and the Defendant, **REGINA CAELI, INC. a/k/a REGINA CAELI ACADEMY**, by and through their respective undersigned counsel of record, and file this their Joint Stipulation of Dismissal of All Claims with Prejudice. The parties stipulate and agree that the Third Amended Complaint (Doc. 144) and Defendant's counterclaims set forth in its Answer to Plaintiffs' Third Amended Complaint and First Amended Counterclaims (Doc. 146) are hereby dismissed with prejudice.

This 17th day of April 2026.

Respectfully submitted,

**HASSON LAW GROUP, LLP**

*/s/Keith S. Hasson*_____
Keith S. Hasson
Georgia Bar No. 336383
J. Tanner Lusk
Georgia Bar No. 496782

*Counsel for Plaintiffs*

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com
tanner@hassonlawgroup.com

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

*/s/Steven R. Press*_(*w/express permission*)
Steven R. Press
Georgia Bar No. 587199
Tyler Bishop
Georgia Bar No. 566705

*Counsel for Defendant*

3414 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
spress@bakerdonalson.com
tbishop@bakerdonalson.com

2.

3.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)</u>

I hereby certify that the foregoing has been prepared in 14-point Times New Roman font, as required by Local Rule 5.1(C) for the Northern District of Georgia. The foregoing has also been prepared in compliance with the margin specifications of such Rules.

Respectfully submitted, this 17th day of April 2026.

**HASSON LAW GROUP, LLP**

**_/s/Keith S. Hasson_____**
Keith S. Hasson
Georgia Bar No. 336383
J. Tanner Lusk
Georgia Bar No. 496782

*Counsel for Plaintiffs*

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com
tanner@hassonlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2026, I electronically filed the within and foregoing ***JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE*** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following counsel of record:

*Steven Ryan Press*
*Tyler Bishop*
***BAKER, DONELSON, BEARMAN,***
***CALDWELL & BERKOWITZ, P.C.***
*3414 Peachtree Road, NE, Suite 1500*
*Atlanta, GA 30326*
*spress@bakerdonelson.com*
*tbishop@bakerdonelson.com*

This 17th day of April 2026.

**HASSON LAW GROUP, LLP**

**/s/Keith S. Hasson_____**
Keith S. Hasson
Georgia Bar No. 336383
J. Tanner Lusk
Georgia Bar No. 496782

*Counsel for Plaintiffs*

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone: (678) 701-2869
keith@hassonlawgroup.com
tanner@hassonlawgroup.com

4.